AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Virginia Loo Farris

**SUMMONS IN A CIVIL CASE**

V.

Condoleezza Rice

CASE NUMBER 1:05CV01975

JUDGE: Ricardo M. Urbina

DECK TYPE: Employment Discrimination

DATE STAMP: 10/05/2005

TO: (Name and address of Defendant)

U.S. Attorney
501 3rd St., N.W., 4th Floor
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George R.A. Doumar
2200 Wilson Blvd.
#800
Arlington, VA 22201

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        OCT - 5 2005
CLERK                              DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11-3-05 @ 12:18PM |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Anthony J. Stefano | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Substitute Service on Lori Cox, Legal Assit. for US Attorney 501 3rd Street NW 4th Floor Washington DC

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-3-05
                Date

Signature of Server

InfoNation, Inc.
9921 Pinehurst Ave.
Fairfax, VA 22030
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Virginia Loa Farris

**SUMMONS IN A CIVIL CASE**

V.

Condoleezza Rice

CASE NUMBER   1:05CV01975

JUDGE: Ricardo M. Urbina

DECK TYPE: Employment Discrimination

DATE STAMP: 10/05/2005

TO: (Name and address of Defendant)

U.S. Attorney General
DOJ
950 Penn. Ave., N.W.
Washington DC 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George R. A. Daumar
2200 Wilson Blvd.
#800
Arlington, VA 22201

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    OCT - 5 2005
CLERK                                          DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11-3-05 @ 11:56 AM |
| NAME OF SERVER *(PRINT)* Anthony J. Stefano | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Substitute Service on Garrett Shefton, GCII for US Attorney General, D.O.J. 950 Penn Avenue NW, Washington DC

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-3-05
                  Date

Signature of Server

InfoNation, Inc.
9982 Pinehurst Ave.
Fairfax, VA 22030

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.