IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                   )
Virginia Loo Farris                )
350 G Street, S.W.                 )
Washington, D.C. 20024             )
                                   )
              Plaintiff,           )
                                   )
     v.                            ) Civil Action No. 05-1975(RMU)
                                   )
CONDOLEEZZA RICE                   )
Secretary of State                 )
Department of State                )
2201 C Street, N.W.                )
Washington, D.C. 20510             )
                                   )
Serve:                             )
CONDOLEEZZA RICE                   )
23rd and C Street, N.W.            )
Washington, D.C. 20510             )
                                   )
              Defendant.           )
_____)
```

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____
DIANE M. SULLIVAN, D.C. BAR #12765
Assistant United States Attorney
Judiciary Center Bldg.
555 Fourth Street, NW
Civil Division
Washington, D.C. 20530
(202) 514-7205