**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
VIRGINIA LOO FARRIS            )
                               )
             Plaintiff,        )
                               )
     v.                        )    Civil Action No. 05-1975(RMU)
                               )
CONDOLEEZZA RICE               )
Secretary of State            )
Department of State           )
                               )
             Defendant.        )
_____)
```

<u>**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**</u>

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to answer or otherwise respond to the Complaint up to and including January 17, 2006.

The answer to the Complaint is due January 4, 2006. Counsel for the defendant will be out of the office from December 19, 2005 through January 4, 2006 on "use or lose" leave. Counsel, due impending deadlines, is unable to review the file and prepare an answer before her departure.

Counsel for the plaintiff graciously consents to this request.

Wherefore, it is respectfully requested that the defendant have up to and including January 17, 2006 to answer or otherwise respond to the complaint.

Respectfully submitted,


_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney


_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Civil Division
Washington, D.C.  20530
(202) 514-7205