UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| VIRGINIA LOO FARRIS | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff | ) |
| | ) C.A. No. 05-1975 (RMU) |
| vs. | ) |
| | ) |
| CONDOLEEZA RICE | ) |
| DEPARTMENT OF STATE | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

MOTION FOR DEFAULT

Plaintiff Virginia Loo Farris ("Mrs. Loo Farris"), by counsel, hereby moves for a default

judgment against defendant for failure to answer or otherwise respond to the complaint in a timely

fashion.

Respectfully submitted,
VIRGINIA LOO FARRIS
By counsel:

GEORGE R?A. DOUMAR, PLLC

By: _____
George R.A. Doumar, Esq.
 (D.C. Bar #415446)

2200 Wilson Boulevard, Suite 800
Arlington, VA 22201
703-243-3737
703-525-2489 (Facsimile)
gdoumar@doumarlawgroup.com

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| VIRGINIA LOO FARRIS | ) |
| | ) |
| | ) |
| Plaintiff | ) |
| | ) C.A. No. 05-1975 (RMU) |
| vs. | ) |
| | ) |
| CONDOLEEZA RICE | ) |
| DEPARTMENT OF STATE | ) |
| | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT

Plaintiff Virginia Loo Farris ("Mrs. Loo Farris"), by counsel, hereby submits this memorandum in support of motion for default in her Title VII action.  Defendant was served on November 3, 2005.  A response was due within sixty days of service and should have been filed by January 3, 2006.  It was not.

Mrs. Loo Farris first made an informal EEO complaint in 1999, and filed a formal EEO complaint no later than 2000, which sparked alleged retaliation and has taken several years to move through the administrative process.

Plaintiff's counsel was willing to consent to an extension, as a matter of professional courtesy, but the Court in a minute order rejected the extension request.    Plaintiff therefore files her Motion for Default.

Respectfully submitted,
VIRGINIA LOO FARRIS
By counsel:


GEORGE R.A. DOUMAR, PLLC

By: _____
George R.A. Doumar, Esq.
  (D.C. Bar #415446)
    2200 Wilson Boulevard,  Suite 800
    Arlington, VA 22201
    703-243-3737
    703-525-2489 (Facsimile)
    gdoumar@doumarlawgroup.com

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION


| | |
|---|---|
| VIRGINIA LOO FARRIS | ) |
| | ) |
| | ) |
| Plaintiff | ) |
| | ) C.A. No. 05-1975 (RMU) |
| vs. | ) |
| | ) |
| CONDOLEEZA RICE | ) |
| DEPARTMENT OF STATE | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER

The court, having reviewed the Motion by Plaintiff Virginia Loo Farris ("Mrs. Loo

Farris"), for default, and any opposition thereto, hereby grants a default judgment in favor of

Plaintiff Ms. Loo Farris on the issue of liability, and will hold a hearing on the issue of damages

and other appropriate relief.


Ricardo M. Urbina
United States District Judge
United States District Court