```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
_____
                              )
VIRGINIA LOO FARRIS           )
                              )
            Plaintiff,        )
                              )
     v.                       )    Civil Action No. 05-1975(RMU)
                              )
CONDOLEEZZA RICE              )
Secretary of State            )
Department of State           )
                              )
            Defendant.        )
_____)
```

## MOTION FOR AN ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, moves the Court for a one day enlargement of time to file an answer.

The defendant's answer to the complaint was due January 3, 2006. Counsel had initially filed a consent motion for an enlargement of time which was denied without prejudice by this Court.

Counsel for the defendant was able to obtain an a copy of the file in this case immediately prior to the holidays and prepared a draft answer. Counsel returned to the office a day early on January 3, 2006 to prepare a final answer in the instant case as well as to review the file more thoroughly. However, counsel had inadvertently calendared the due date for January 4, 2006 on her 2006 calendar. Indeed, counsel's motion for an enlargement of time filed with the Court on December 13, 2005 indicated that she believed January 4, 2006 was the due date.

Similarly, counsel's paralegal also had January 4, 2006 as the due date.

Counsel for the defendant did not become aware of this inadvertent error until plaintiff filed her motion for default at approximately noon today, January 4, 2006.  At that time the answer had already been submitted for supervisory review.  Counsel retrieved the file and recalculated the due date which indicated the answer was due yesterday, January 3, 2006.  Counsel for the defendant apologizes to the Court and counsel for this inadvertent error.

Counsel for the plaintiff was contacted concerning this motion but he could not take a position on the motion without discussing it with his client. The defendant notes that plaintiff has filed a motion for default.  The defendant suggests that a one day extension of time to file an answer does not prejudice the plaintiff inasmuch as plaintiff's counsel had previously consented to an extension of approximately two weeks.

Wherefore, it is respectfully requested that the defendant have up to and including January 4, 2006 to file the answer which is filed simultaneously with this motion.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Civil Division
Washington, D.C.  20530
(202) 514-7205