IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA LOO FARRIS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONDOLEEZZA RICE )<br>Secretary of State )<br>Department of State )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1975(RMU) |

**JOINT MOTION TO REFER CASE TO MEDIATION**

The parties respectively move to refer the case to a Magistrate-Judge for mediation prior to the initiation of discovery.

Respectfully Submitted,

_____  _____
GEORGE R.A. DOUMAR, ESQ.        KENNETH L. WAINSTEIN, D.C. Bar # 451058
D.C. Bar # 415446               United States Attorney
2200 Wilson Boulevard
Suite 800                       _____
Arlington, VA 22201-3361        RUDOLPH CONTRERAS, D.C. BAR # 434122
(703) 243-3737                  Assistant United States Attorney
Fax: (703) 525-2489

Attorney for the Plaintiff      _____
                                DIANE M. SULLIVAN, D.C. Bar #12765
                                Assistant United States Attorney
                                555 4TH St., N.W.,
                                Civil Division
                                Washington, D.C.  20530
                                (202) 514-7205

                                Attorneys for the Defendant