IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VIRGINIA LOO FARRIS<br><br>   Plaintiff,<br><br>v.<br><br>CONDOLEEZZA RICE<br>Secretary of State<br>Department of State<br><br>   Defendant. | Civil Action No. 05-1975(RMU) |

## JOINT RULE 16.3 REPORT

Pursuant to Local Rule 16.3 and the Court's Standing Order, the parties submit the following Joint Report:

1. <u>Statement of the Case</u>: Plaintiff, Virginia Loo Farris, a Foreign Service Officer with the Department of State, brings suit under Title VII, 42 U.S.C. § 2000 <u>et seq</u>. against the defendant Condoleeza Rice, Secretary of State, in her official capacity. Plaintiff alleges that the defendant discriminated against her because she is an Asian-American woman when the defendant did not choose her for certain positions in the 1999 bidding cycle (and in the 2000, 2003, 2004 cycles). The plaintiff also alleges that the defendant retaliated against her by investigating her for separate maintenance fraud, removing her from two Deputy Chief of Mission short lists, and denying her other assignments and training. The defendant denies that it discriminated against or retaliated against the plaintiff. The defendant further asserts that plaintiff failed to exhaust her

administrative remedies with respect to assignments in Beijing, Jakarta, Riyadh and the Deputy Chiefs of Mission positions or training. Further, a good faith referral for waste, fraud, or abuse to the office of Inspector General is not a basis for a claim under Title VII.

2. <u>Dispositive Motions/Discovery Timeframe</u>: The defendant intends to file a motion for summary judgment at the close of discovery. However, the defendant reserves the right to move for full or partial summary judgment at anytime prior to the close of discovery. The plaintiff requests thirty days to respond to any dispositive motion filed by defendant. A reply will be filed fifteen days later to each motion.

3. <u>Joinder/Amendment/Narrowing</u>: The parties do not anticipate that it will be necessary to join third parties or amend the pleadings.

4. <u>Assignment To Magistrate Judge</u>: The parties have moved to refer the case to mediation. The Court granted this motion and assigned the case to a Magistrate Judge for mediation. The parties do not consent to the assignment of this case for trial to a Magistrate Judge for trial.

5. <u>Settlement Possibility</u>: The parties have agreed to mediation.

6. <u>Alternative Dispute Procedures</u>: The case has been referred to mediation before a Magistrate Judge.

7. <u>Summary Judgment</u>: The defendant will file a motion for summary judgment by January 15, 2007. The plaintiff will file an

opposition by February 15, 2006. Any reply will be filed by March 2, 2006.

    8. <u>Initial Disclosures</u>: The plaintiff has served initial disclosures as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure. The defendant will serve initial disclosures by September 15, 2006.

    9. <u>Discovery</u>: The Parties propose that discovery be completed by December 15, 2006. The parties agree to the limitations imposed by the Federal Rules of Civil Procedure and the Local Rules.

    10. <u>Experts</u>: The parties do not anticipate using experts in this case. However, if the parties propose any experts they shall be designated no later than October 1, 2006, and that any rebuttal experts be designated no later than thirty (30) days thereafter.

    11. <u>Class Action Procedures</u>: Not applicable.

    12. <u>Bifurcation of Discovery or Trial</u>: The parties do not see any need for bifurcation.

    13. <u>Proposed Date For The Pretrial Conference</u>: The parties believe a pretrial conference should be scheduled after the completion of discovery and after dispositive motions are ruled on.

    14. <u>Trial Date</u>: The parties believe that the matter should be set for trial at the pretrial conference.

Respectfully Submitted,

_____
GEORGE R.A. DOUMAR, ESQ.
D.C. Bar # 415446
2200 Wilson Boulevard
Suite 800
Arlington, VA 22201-3361
(703) 243-3737
Fax: (703) 525-2489

Attorney for the Plaintiff

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Civil Division
Washington, D.C.  20530
(202) 514-7205

Attorneys for the Defendant