IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VIRGINIA LOO FARRIS<br><br>   Plaintiff,<br><br>v.<br><br>CONDOLEEZZA RICE<br>Secretary of State<br>Department of State<br><br>   Defendant. | Civil Action No. 05-1975(RMU) |

**PROPOSED SCHEDULING ORDER**

  Upon Consideration of the parties' Joint Rule 16.3 Report, it is by the Court this ____ day of _____, 2006 hereby,

  ORDERED, that the defendant shall provide initial disclosures by September 15, 2006, and it is further,

  ORDERED, that expert witnesses shall be identified by October 1, 2006 and rebuttal experts shall identified by November 1, 2006, and it is further,

  ORDERED, that discovery shall be completed by December 15, 2006, and it is further,

  ORDERED, that any motions for summary judgment shall be filed on or before January 15, 2007, and it is further,

  ORDERED, that any oppositions shall be filed by February 15, 2007, and it is further,

ORDERED, that any replies shall be filed by March 2, 2006.

_____
United States District Court Judge