IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VIRGINIA LOO FARRIS,** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 05-1975 (RMU) |
| ) | |
| **CONDOLEEZA RICE,** ) | |
| ) | |
| Defendant ) | |

### PLAINTIFF VIRGINIA LOO FARRIS' MOTION FOR PRELIMINARY INJUNCTION

COMES NOW Plaintiff Virginia Loo Farris, ("Plaintiff" or "Loo Farris") by and through counsel, and pursuant to Federal Rule of Civil Procedure 65, and respectfully requests that this Court enter a Preliminary Injunction against Defendant in this matter for the reasons set forth in the Complaint and in the attached Memorandum in Support of Plaintiff's Motion for Preliminary Injunction, to prevent her forced retirement on September 29, 2006.

Given the timetable, Ms. Farris requests expedited consideration of her motion, on or before September 29, 2006.

Plaintiff's counsel contacted defense counsel to determine whether Defendant would consent to the relief requested, but defense counsel declined to consent.

WHEREFORE, Plaintiff respectfully requests that this Court enter a Preliminary Injunction enjoining Defendant from compelling her early retirement scheduled for September 2006.

Respectfully submitted,
Virginia Loo Farris

1

By Counsel:
George R. A. Doumar, PLLC


/s/    George Doumar
George R.A. Doumar (D.C. Bar #415446)
George R. A. Doumar, PLLC
2000 N. 14th Street
Suite 210
Arlington, VA  22209
Phone: (703) 243-3737
Fax: (703) 524-7610