IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA LOO FARRIS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 05-1975 (RMU) |
| ) | |
| CONDOLEEZA RICE, ) | |
| ) | |
| Defendant ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

The Court, having considered Plaintiffs' Motion for preliminary injunction hereby GRANTS such Motion, and ORDERS, that Ms. Farris' retirement be postponed until the resolution of this case.

Date _____

_____
The Honorable Ricardo M. Urbina
United States District Judge