UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
VIRGINIA LOO FARRIS                 )
                                    )
            Plaintiff,              )
                                    )
    v.                              )    Civil Action No. 05-1975(RMU)
                                    )
CONDOLEEZZA RICE                    )
Secretary of State                  )
Department of State                 )
                                    )
            Defendant.              )
_____)

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, the defendant hereby moves this Court for an order granting summary judgment in its favor on the grounds that the undisputed facts demonstrate that the defendant is entitled to judgment as a matter of law.

In support of this motion, the Court is referred to the accompanying memorandum of points and authorities in opposition to plaintiff's motion for preliminary injunction and in support of defendant's motion for summary judgment, the accompanying statement of material facts as to which there is no genuine issue, a two volume Report of Investigation, the two volume deposition of the plaintiff, the depositions of Marie T. Huhtala and Thomas Tiernan (with exhibits), and exhibits. A draft order reflecting the requested relief is also attached.

```
                              Respectfully Submitted,

                                 /s/
                              _____
                              KENNETH L. WAINSTEIN, D.C. Bar # 451058
                              UNITED STATES ATTORNEY


                                 /s/
                              _____
                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Assistant United States Attorney


                              __/s/_____
                              DIANE M. SULLIVAN, D.C. BAR #427872
                              Assistant United States Attorney
                              Judiciary Center Bldg.
                              555 Fourth Street, NW, E4919
                              Washington, D.C. 20530
                              (202) 514-7205
```