**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
VIRGINIA LOO FARRIS            )
                               )
              Plaintiff,       )
                               )
      v.                       )    Civil Action No. 05-1975(RMU)
                               )
CONDOLEEZZA RICE               )
Secretary of State            )
Department of State           )
                               )
              Defendant.       )
_____)
```

**ORDER**

Upon consideration of plaintiff's motion for preliminary injunction and defendant's opposition to plaintiff's motion for preliminary injunction and motion for summary judgment and the response thereto, it is this _____ day of _____, 2006.

ORDERED that plaintiff's motion for preliminary injunction is denied; and

ORDERED that defendant's motion for summary judgment is granted; and it is further

ORDERED that this case is dismissed from the docket of this Court with prejudice.  This is an appealable, final order.

_____
UNITED STATES DISTRICT JUDGE

Diane M. Sullivan
Assistant United States Attorney
555 4th Street., N.W.
Room 10-122
Washington, D.C.  20001


GEORGE R.A. DOUMAR, ESQ.
D.C. Bar # 415446
2200 Wilson Boulevard
Suite 800
Arlington, VA 22201-3361