UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VIRGINIA LOO FARRIS | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 05-1975(RMU) |
|  | ) | |
| CONDOLEEZZA RICE | ) | |
| Secretary of State | ) | |
| Department of State | ) | |
|  | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF FILING UNDER SEAL**

The defendant will be filing an un-redacted version of defendant's motion for summary judgment, a memorandum of points and authorities in opposition to plaintiff's motion for preliminary injunction and in support of defendant's motion for summary judgment, and defendant's exhibits in support thereof under seal.

There are numerous references to personal and medical matters related to plaintiff and her family throughout the exhibits that do not belong in the public record.

The defendant is also providing the Court today by hand a courtesy copy of the un-redacted filings.  Plaintiff's counsel was contacted and agrees that such filing is appropriate.

Respectfully Submitted,

\_\_\_/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
UNITED STATES ATTORNEY


\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
DIANE M. SULLIVAN, D.C. BAR #427872
Assistant United States Attorney
Judiciary Center Bldg.
555 Fourth Street, NW, E4919
Washington, D.C. 20530
(202) 514-7205