```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
_____)
VIRGINIA LOO FARRIS            )
                               )
          Plaintiff,           )
                               )
     v.                        )   Civil Action No. 05-1975(RMU)
                               )
CONDOLEEZZA RICE               )
Secretary of State             )
Department of State            )
                               )
          Defendant.           )
_____)
```

## DEFENDANT'S EXHIBITS UNDER SEAL

EXHIBIT 1:   Plaintiff's CV

EXHIBIT 2:   Ambassador Vershbow's May 30, 2000 Memo re: Shoot Out for USNATO Position

EXHIBIT 3:   Standard Operating Procedure - Stretch Assignments

EXHIBIT 4:   Deposition of Plaintiff - March 2, 2004 and March 3, 2004 (Part 1 and 2)

EXHIBIT 5:   Deposition of Marie T. Huhtala (Part 1 and 2)

EXHIBIT 6:   Deposition of Thomas Tiernan

EXHIBIT 7:   Report of Investigation - Volume I (001-327)

EXHIBIT 8:   Report of Investigation - Volume II (328-661)

EXHIBIT 9:   Stipulation of Settlement