**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
VIRGINIA LOO FARRIS          )
                             )
             Plaintiff,      )
                             )
     v.                      )     Civil Action No. 05-1975(RMU)
                             )
CONDOLEEZZA RICE             )
Secretary of State          )
Department of State          )
                             )
             Defendant.      )
_____)
```

<u>**ORDER**</u>

Upon consideration of plaintiff's motion for preliminary injunction and defendant's opposition to plaintiff's motion for preliminary injunction and motion for summary judgment and the response thereto, it is this _____ day of _____, 2006.

ORDERED that plaintiff's motion for preliminary injunction is denied; and

ORDERED that defendant's motion for summary judgment is granted; and it is further

ORDERED that this case is dismissed from the docket of this Court with prejudice.  This is an appealable, final order.


_____
UNITED STATES DISTRICT JUDGE

Diane M. Sullivan
Assistant United States Attorney
555 4th Street., N.W.
Room 10-122
Washington, D.C.  20001


GEORGE R.A. DOUMAR, ESQ.
D.C. Bar # 415446
2200 Wilson Boulevard
Suite 800
Arlington, VA 22201-3361