```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| VIRGINIA LOO FARRIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1975(RMU) |
| ) | |
| CONDOLEEZZA RICE ) | |
| Secretary of State ) | |
| Department of State ) | |
| ) | |
| Defendant. ) | |

## CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO FILE EXHIBITS UNDER SEAL

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a one day enlargement of time to file defendant's exhibits and its unredacted opposition to plaintiff's motion for preliminary injunction and motion for summary judgment up to and including September 14, 2006.

The defendant in accordance with the Court's Order, electronically filed her redacted opposition and motion for summary judgment by 5:00 p.m. today and delivered the unredacted opposition and motion for summary judgment together with exhibits by 5:00 p.m. to the Court's chambers.

However, counsel was unable to file the defendant's exhibits under seal by 4:00 p.m. Counsel for the plaintiff consents to this request.

Wherefore, it is respectfully requested that the defendant have up to and including September 14, 2006 to file unredacted pleadings and exhibits under seal.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Civil Division
Washington, D.C.  20530
(202) 514-7205