IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA LOO FARRIS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CONDOLEEZA RICE, )<br>)<br>Defendant )<br>) | Case No. 05-1975 (RMU) |

### MOTION FOR A ONE BUSINESS DAY EXTENSION TO FILE REPLY

Plaintiff, Virginia Loo Farris ("Ms. Farris"), through counsel, hereby files this Motion for a one business day extension to file a reply in support of her Motion for Preliminary Injunction, until September 18, 2006, for good cause.

Defense counsel consents to this request.

Undersigned counsel underwent cardiac testing last week that showed evidence of plaque in his coronary arteries (based on cardiac scoring), and was admitted to the Virginia Hospital Center in Arlington on the morning of September 14, 2006, yesterday, for a CT-angiogram. Counsel was discharged yesterday afternoon, and does not anticipate any further medical treatment over the next week, but lost a day in terms of preparing a reply.

Thus, undersigned counsel requests a one business day extension, until the close of business (5 p.m.) on Monday, September 18, 2006, to file a reply.

Respectfully submitted,

Dated: September 15, 2006.

/s/ George Doumar
George R.A. Doumar (#26490)
George R. A. Doumar, PLLC

2000 14th Street, North
Arlington, VA  22201
Phone: (703) 243-3737
Fax: (703) 525-2489

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| VIRGINIA LOO FARRIS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CONDOLEEZA RICE, )<br>)<br>Defendant )<br>) | Case No. 05-1975 (RMU) |

### ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION

The Court, having considered Plaintiffs' Motion for extension to file a reply, hereby GRANTS such Motion, and ORDERS that Ms. Farris' Reply in Support of Motion for Preliminary Injunction be filed by the close of business on Monday, September 18, 2006.

Date _____

_____
The Honorable Ricardo M. Urbina