IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA LOO FARRIS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CONDOLEEZA RICE, )<br>)<br>Defendant )<br>) | Case No. 05-1975 (RMU) |

## CONSENT MOTION TO ESTABLISH BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT

Plaintiff, Virginia Loo Farris ("Ms. Farris"), through counsel, hereby files this Consent Motion for an extension to file her Opposition to Defendant's Motion for Summary Judgment, and for Defendant to file a Reply in Support of Defendant's Motion for Summary Judgment.

Counsel in this matter have discussed their schedules and conflicts, and have agreed that Plaintiff should file her Opposition to Motion for Summary Judgment no later than October 11, 2006, and that Defendant shall file a Reply in Support of Motion for Summary Judgment no later than October 25, 2006.

This schedule represents an extension compared to the current briefing schedule, but will not affect any deadlines in this case. Defense counsel consents to this request.

Respectfully submitted,

Dated: September 25, 2006.

/s/ George Doumar
George R.A. Doumar (#26490)
George R. A. Doumar, PLLC
2000 14th Street, North, Suite 210
Arlington, VA 22201
Phone: (703) 243-3737

Fax: (703) 525-2489

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA LOO FARRIS, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>CONDOLEEZA RICE, )<br>)<br>    Defendant )<br>) | Case No. 05-1975 (RMU) |

### ORDER SETTING BRIEFING SCHEDULE

The Court, having considered Plaintiff's Consent Motion to establish briefing schedule for an Opposition to, and Reply in favor of, Defendant's Motion for Summary Judgment, hereby GRANTS such motion, and ORDERS that Plaintiff's Opposition to Motion for Summary Judgment be filed by October 11, 2006, and Defendant's Reply in Support of Motion for Summary Judgment be filed by October 25, 2006.

Date:_____

_____
The Honorable Ricardo M. Urbina
United State District Judge