## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

VIRGINIA FARRIS,                          :
                                          :
                    Plaintiff,            :        Civil Action No.:        05-1975 (RMU)
                                          :
            v.                            :        Document No.:            14
                                          :
CONDOLEEZZA RICE,                         :
Secretary of State,                       :
Department of State,                      :
                                          :
                    Defendant.            :

## <u>ORDER</u>

### DENYING THE PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION
### DENYING WITHOUT PREJUDICE THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it is this 25th day of September, 2006,

**ORDERED** that the plaintiff's motion for a preliminary injunction is **DENIED**, and it is

**FURTHER ORDERED** that the defendant's motion for summary judgment is **DENIED** without prejudice. The defendant shall refile its motion for summary judgment as motion independent from its opposition to the plaintiff's motion for a preliminary injunction. It is

**ORDERED** that if the defendant wishes to refile its motion, it must do so by October 2, 2006.[1] The plaintiff's opposition to the defendants' motion for summary judgment is due by October 20, 2006, and the defendants' reply is due by November 3, 2006.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge

---

[1] If the defendant plans on using the same exhibits as it did in its consolidated opposition to the plaintiff's motion for a preliminary injunction and its motion for summary judgment, it may indicate so in its briefing and forgo delivery of a courtesy copy to chambers.