IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
VIRGINIA LOO FARRIS           )
                              )
            Plaintiff,        )
                              )
      v.                      )     Civil Action No. 05-1975(RMU)
                              )
CONDOLEEZZA RICE              )
Secretary of State            )
Department of State           )
                              )
            Defendant.        )
_____)

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to file a reply to plaintiff's opposition to defendant's motion for summary judgment up to and including November 14, 2006.

The reply is presently due November 3, 2006. The defendant has not previously requested additional time to file the reply. Counsel for the defendant was out of the office for several days due to a cold, viral infection, and laryngitis which required counsel to cancel witness preparation and depositions in two pending cases with discovery cutoff deadlines on November 14, and November 30, 2006. Counsel has rescheduled those depositions for the week of November 6, 2006 and witness preparation for this week. In addition, counsel has a mediation scheduled for this week in a case pending in the Court of Appeals. As a result, counsel has not had enough time to prepare a reply in the instant case.

Counsel for the plaintiff graciously consents to this request.

Wherefore, it is respectfully requests that the defendant have up to and including November 14, 2006 to file a reply

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar#434122
Assistant United States Attorney


_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Civil Division
Washington, D.C.  20530
(202) 514-7205