IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
VIRGINIA LOO FARRIS           )
                              )
            Plaintiff,        )
                              )
    v.                        )    Civil Action No. 05-1975(RMU)
                              )
CONDOLEEZZA RICE              )
Secretary of State            )
Department of State           )
                              )
            Defendant.        )
_____)
```

**MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a one-day enlargement of time to file a reply up to and including November 15, 2006.

The defendant has previously asked for one enlargement of time to file a reply. The reply is presently due on November 14, 2006. Counsel for the defendant was in the process of finalizing the reply today when one or two questions arose that counsel wanted to verify with the agency before submitting the reply for review by the client and for supervisory review. Agency counsel is out of the office until sometime tomorrow. This leaves inadequate time to verify the information and finalize the reply in time for supervisory review tommorrow. Counsel is familiar with the record and did not anticipate these last minute questions or she would have filed the motion sooner.

Counsel was unable to reach counsel for the plaintiff before the filing of this motion to ascertain his position. Counsel for

the defendant does not anticipate any opposition.  Counsel for the defendant was reluctant to wait to hear from opposing counsel because counsel wanted to advise the Court immediately of the need for this very short delay.

Wherefore, it is respectfully requests that the defendant have up to and including November 15, 2006 to file a reply to plaintiff's opposition to defendant's motion for summary judgment.

                              Respectfully submitted,

                              _/s/_____
                              JEFFREY A. TAYLOR, D.C. Bar #498610
                              United States Attorney

                              _/s/_____
                              RUDOLPH CONTRERAS, D.C. Bar#434122
                              Assistant United States Attorney

                              _/s/_____
                              DIANE M. SULLIVAN, D.C. Bar #12765
                              Assistant United States Attorney
                              555 4TH St., N.W.,
                              Civil Division
                              Washington, D.C.  20530
                              (202) 514-7205