# Department of State Standardized Regulations -DSSR Index
Released by the Office of Allowances
July 13, 2006

**260  SEPARATE MAINTENANCE ALLOWANCE**

## 261 Description

### 261.1  Definitions

a.  "Separate maintenance allowance", hereinafter referred to as SMA, means an allowance to assist an employee who is compelled by reason of dangerous, notably unhealthful, or excessively adverse living conditions at the post of assignment in a foreign area, or for the convenience of the Government, to meet the additional expense of maintaining family members elsewhere than at such post.

This allowance may also be authorized to an employee who personally requests such an allowance, based on special needs or hardship involving the employee or family member.

b.  "Member of family" means an individual as defined in Section 040m (1) through (4), except that to be considered a member of family for separate maintenance allowance: parents, sisters and brothers must have resided with the employee for a period of at least one year immediately prior to the date of separation. (See also Section 262.1)

### 261.2  Scope

SMA is intended to assist in offsetting the additional expense incurred by an employee who is compelled by the circumstances described below to maintain a separate household for the family or a member of the family.  An employee who is receiving SMA on behalf of a member of family is not eligible for other allowances or benefits under these regulations on behalf of that member of family except as provided under Sections 242.7, 252.8, 262.3b and 267.2.

## 262 Circumstances Warranting SMA

SMA may be granted to an employee whenever the head of agency determines that the employee is

compelled to maintain any or all members of family elsewhere than at the post of assignment

because of the following circumstances:

### 262.1    Involuntary SMA - For the Convenience of the Government

An agency may authorize SMA when adverse, dangerous, or notably unhealthful conditions warrant the exclusion of members of family from the area or when the agency determines a need to exclude members of family from accompanying an employee to the area. Dependent children, including sisters and brothers, must be under age 21 or incapable of self-support, unless they are attending secondary school. (See also Section 264.1) (eff. 6/12/05 TL:SR 652)

262.2    Voluntary SMA - For Special Needs or Hardship of the Employee

An agency may authorize SMA when an employee requests SMA for special needs or

hardship prior to or after arrival at post for reasons including but not limited to career, health, educational or family considerations for the spouse, children or

other family member. Dependent children, including sisters and brothers, must be under age 18 or incapable of self-support, unless they are attending secondary school. (eff. 6/12/05 TL:SR 652)

262.3    Transitional SMA

a. Following the Termination of an Evacuation and the Conversion of a Post to an Unaccompanied Status

An agency may authorize a higher level of SMA when a post is converted to any unaccompanied status upon termination of an authorized/ordered departure. The purpose of Transitional SMA is to assist an employee with additional costs incurred when eligible family members are required to occupy commercial housing while establishing permanent housing following an evacuation. Commercial housing is considered a hotel, motel, commercially-leased house or apartment, or other transient-type commercial establishment. Non-commercial housing is considered private such as living with family, friends or others in a location which is not commercially leased or rented.

Transitional SMA shall be granted for a period up to sixty (60) calendar days after the end of an evacuation. For Transitional SMA rates, refer to the tables at Section 267.1 b.

When the head of an agency, or an authorizing official determines, on a case by case basis, that extreme or unusual circumstances are present, the period of time for Transitional SMA may be extended for not more than thirty (30) additional calendar days. An example would be that the employee has made every effort to get the full Household Effects (HHE) shipment to the family members but due to restrictions or difficulties in transport, the family has not received the full HHE shipment necessary to establish a permanent residence.

-6-12-05    TL:SR - 652

STANDARDIZED REGULATIONS

(Government Civilians, Foreign Areas)

262.3b                                                            **ALLOWANCES**

b. **Following the Termination of an Evacuation and Reversion of Post to Accompanied Status for Educational Consideration**

An agency may authorize a higher level of SMA when family members are in commercial housing and choose to remain for completion of the current school year if a child is in the final semester of the current school year (grades K through 12). The purpose of Transitional SMA is to assist an employee with additional costs incurred when eligible family members are required to occupy commercial housing as a result of the evacuation and choose to complete the school year at the safehaven location. Commercial housing is considered a hotel, motel, commercially-leased house or apartment, or other transient-type commercial establishment. Non-commercial housing is considered private such as living with family, friends or others in a location which is not commercially leased or rented.

Transitional SMA under this paragraph (b) shall be granted for a period of up to ninety (90) calendar days after the end of an evacuation. For Transitional SMA rates, refer to the tables at Section 267.1 b.

c. **Following Termination of an Evacuation and Reversion of Post to Accompanied Status for Other Situations (eff. 9/21/03)**

If an employee and/or family members cannot return to post for a reason(s) beyond the employee's control, and the employee with family members, or eligible family members alone, were occupying commercial lodging at the time that an evacuation ended and the post reverted to accompanied status, then the agency may authorize TSMA on a case by case basis for up to 30 calendar days.

262.4     **Separation from Eligible Family Member (eff. 10/02/05)**

a. For Voluntary SMA, the separation from the eligible family member must reasonably appear to require a separation for at least 90 consecutive calendar days and be for conditions described in Section 262, except as provided below:

Exceptions: The 90-day period may be reduced to 30 days and the change of election provisions of DSSR 264.2(2) do not apply when:

(1) adequate medical facilities in the area are not available for pre and post natal care; or

(2) family members are detained in the United States for medical clearance; or

(3) children must begin or complete a school year before employee has arrived at post or after the employee has departed on transfer to another post in a foreign area; or

After expiration of the 90-day or 30-day periods, a grant previously not authorized under this section may be made for the entire period of separation if the condition necessitating separate maintenance continued for a longer period.

b. Unless specifically designated otherwise by the head of agency, eligible family members on SMA (Voluntary) are considered to be officially residing in the U.S.   However, when SMA is granted for the Government's convenience (Involuntary), and a foreign area is designated as the official Involuntary SMA location, an employee can be authorized an education allowance within the applicable "school at post" education allowance established in these regulations for the officially designated foreign Involuntary SMA location on behalf of a child authorized to reside at that SMA location.

c. For Involuntary SMA, the 90-day or 30-day separation period does not apply to eligible family members. Involuntary SMA is effective the first day of separation providing form SF-1190 has been submitted.

263 Circumstances Not Warranting SMA

263.1   Member of Family Not Normally Residing With Employee

When a member of family would not normally reside with the employee, this individual

does not meet the definition of member of family;

---

10-02-05                                                                TL:SR - 656

STANDARDIZED REGULATIONS

(Government Civilians, Foreign Areas)

**263.2    Married Couple Employees (Eff. 7/9/06 TL:SR 666)**

When the spouse of an employee is either a member of the military services or is a

U.S. Government civilian employee subject to worldwide assignment availability.

However, a career or probationary career employee in leave without pay status (LWOP)

           is considered a dependent;

When the child of married couple employees subject to worldwide assignment availability

is residing with the other employee parent, regardless of whether the child was

previously on the orders of the employee requesting SMA on behalf of the child.

**263.3    Separation/Divorce**

When a legal separation exists between an employee and spouse; or a separation occurring through a divorce decree, whether limited interlocutory or final.  A legal separation is deemed to exist at such time as either the employee or spouse shall have initiated action affecting the status of the marriage, including (1) a divorce/dissolution action, (2) a separate maintenance action, or (3) any type of formal or informal written agreement, such as a property settlement agreement, indicating legal separation.  A separate maintenance action is one against a spouse for permanent or temporary support and maintenance for the moving spouse, and for support, maintenance and education of minor children; (eff. 6/12/05 TL:SR 652)

**263.4    Lack of Legal Custody of Child**

           When a child's legal custody is vested wholly, or in part, in a person other than the

           employee or the employee's current spouse, except as follows: SMA may be granted when

           the employee (or current spouse) has joint legal custody and child does not reside with

           the other parent and it is established that except for the circumstances

           described in Section 262 the child would reside with the employee and the employee's

           current spouse;

**263.5    Child Receiving A School Away from Post Education Allowance**

When a child is receiving a "school away from post" education allowance grant under these regulations Voluntary SMA is not warranted.  Involuntary SMA payments may be received during the official break between school years if the government will not permit the child to join the employee at post; (eff. 6/12/05 TL:SR 652)

263.6    Child on Educational Travel

When a child travels on "educational travel" at the secondary level, for the 12-month period following that travel/trip;

263.7    Voluntary SMA Within the Same Country or Within 300 Miles of Employee

When the member of family on voluntary SMA is residing within the same country or within 300 miles (one-way road mileage) from the employee;

263.8    SMA Payment Withheld if Per Diem Payable

While the member of family is eligible for travel per diem.

264  Application and Supporting Data: (In addition to data required by Section 077.32a)

264.1    Involuntary SMA - For Convenience of the Government

An SMA application based on "for the convenience of the Government" reasons should be annotated in box 15 of the SF-1190 to reflect the following circumstances where appropriate:

(1) Where housing facilities at the post are subject to control by United States military authorities, a foreign government, or some other authority, and are not available for use by the eligible family member.

(2)  Where, in the interest of the Government, the agency has;

     a.  withheld or terminated authority for the eligible family member's transportation to the post, or

     b.  recommended that the eligible family member leave the post of assignment.

(3)  Applications based upon health factors shall be supported by a statement from the attending physician.  Grants shall also be supported by a ruling by reliable medical authority, that is, the ranking medical officer attached to the agency, or by such other person or group of persons as the head of agency may designate.

---

07-09-06                                                                                      TL:SR 666

STANDARDIZED REGULATIONS

(Government Civilians, Foreign Areas)

264.2     Voluntary SMA - <u>Based on Special Needs or Hardship of the Employee</u>

(1) An SMA application based on the needs or hardship of the employee should include in box 15 of SF-1190 a statement from the employee certifying the circumstances of special need or hardship and stating that such circumstances do not:

a. include legal separation (see Section 263.3) between employee and spouse or

separation occurring through a divorce decree, whether limited,

interlocutory, or final; or

b. involve a child whose legal custody is vested wholly, or in part, in a person

other than the employee or the employee's current spouse.  When the employee has

joint legal custody, a statement must include that child will not reside with

the other parent;

c. include a child, brother or sister, 18 years of age or over (see Section

262.2).  If the child will be attending secondary school beyond age 18,

the employee when applying for SMA must certify that SMA will be terminated

within three months from the day the child leaves the secondary school.

(2) At the time of assignment an employee must elect (1) to have an eligible family member included on the employee's travel orders or (2) not placed on the travel orders and instead be placed on SMA (voluntary). After this initial election, the employee may request that SMA (voluntary) either commence/terminate, depending on the initial election, only once for each member of family during a tour.  However, this change can not occur during the employee's first or last 90 days at post (for exceptions, see 262.4a).

<u>EXCEPTION</u>:  Following termination of an authorized/ordered departure an employee

may elect voluntary SMA at the official safehaven for eligible family members previously eligible for SEA payments under Chapter 600 and for whom round-trip travel expenses have already been authorized.  The employee may be permitted to then terminate this voluntary SMA and these eligible family members may be permitted to return to post provided return travel to post does not occur during the employee's last 90 days at a post of assignment.  Such termination and return are available only if no other allowances or benefits under these regulations are authorized for

eligible family members during a period of SMA commenced under this exception.  No

additional expenses for travel, access to goods in storage, shipment of household effects or other such SMA-related expenditures may be incurred on their behalf.

**264.3  Transitional SMA –**

a. <u>Following the Termination of an Evacuation and Conversion of Post to Unaccompanied Status (262.3a)</u>

1. A Transitional SMA application under this paragraph (a) for days 1 through 60 should be annotated in box 15 of the SF-1190 to reflect the following circumstances:

(a) The employee's eligible family members were evacuated from post.

(b) The evacuation has been terminated and post has been converted to any unaccompanied status.

(c) The eligible family members are occupying temporary commercial quarters.

2. In addition to 264.3a requirements, a Transitional SMA application for days 61 through 90 should include in box 15 of the SF-1190 the extreme or unusual circumstances which warrant extension of transitional SMA beyond 60 days.

3. A Transitional SMA application should include documents certifying that the eligible family members are occupying commercial quarters at the time of the application.  These documents may include, but are not limited to, receipts and/or lease agreements.

b. <u>Following the Termination of an Evacuation for Educational Consideration (262.3b)</u>

1. A Transitional SMA application under this paragraph (b) for days 1 through 90 should be annotated in box 15 of the SF-1190 to reflect the following circumstances:

(a) The employee's eligible family members were evacuated from post.

(b) The evacuation has been terminated during the final semester of the current school year and the family members wish to remain at the safehaven in order for the eligible family members attending grades K-12 at the safehaven to complete the current school year.

(c) The eligible family members are occupying temporary commercial quarters.

07-09-06                                                                    TL:SR 666

STANDARDIZED REGULATIONS

(Government Civilians, Foreign Areas)

(d) The family members intend to return to the post following completion of the current school year.  However, if return to post would be within employee's last 90 days at post [see 264.2(2) under EXCEPTION], then family members would need to be placed on voluntary SMA following the 90 days under 262.3b TSMA for the remainder of employee's time at post.  Note:  if within the 90 day TSMA 262.3b period, the family members intend not to return to post, the employee must submit an updated SF-1190 stating date the family intended not to return to post.  Voluntary SMA would commence from the day following the date intending not to return to post.

2.  A Transitional SMA application should include documents certifying that the eligible family members are occupying commercial quarters at the time of the application.  These documents may include, but are not limited to, receipts and/or lease agreements.  The last day of school should also be noted on the TSMA application.

265 Commencement And Continuation of Grant

265.1    Upon Assignment to a New Post (Eff. 10/02/05)

The grant of SMA to an employee in connection with assignment to a new post shall commence as of the latest of the dates on which the:

(1) employee submits SF-1190 application for SMA grant (See also Section 262.4a); or

(2) employee begins official travel under an assignment order; or

(3) separation from the family member occurs (See also Section 263.8).

265.2    During Assignment to a Post

If SMA is granted to an employee during the period of service at a post of assignment, the grant shall commence as of the latter of the following dates:

(1) date on which employee submits SF-1190 application for SMA grant (See Section 262.4a); or

(2) date on which the separation from the member of family occurs (See also Section 263.8).

265.3  <u>During Employee's Absence from Post</u>

The grant shall continue during the absence of the employee from the post provided the employee maintains quarters at the post, unless terminated under the provisions of Sections 266.2 or 266.3.

265.4  <u>During Visit of Member of Family to Post (Eff. 7/9/06 TL:SR 666)</u>

The grant of SMA on behalf of a member of family may continue during the family member's visit to post when the visit is for thirty consecutive days or less, providing the member of family is again en route to the SMA point by the 31st day and the number of days the family member stayed at the post has not exceeded 90 days during one 12 month period (See Section 266.1).

## 266 Suspension/Termination of Grant

266.1  <u>During Visit of Member of Family to Post (Eff. 7/9/06 TL:SR 666)</u>

The grant of SMA on behalf of a member of family shall be suspended the day that the family member arrives at post when the stay is or will be in excess of thirty consecutive days, or has exceeded or will exceed 90 days during one 12 month period.  No other allowances or benefits under these regulations may be authorized for this member of family while visiting post.

SMA payments may be resumed effective the day the member of family departs en route to the SMA point, provided the family member's stay at the post has not exceeded 90 days

within one 12 month period.

---

07-09-06                                                                    TL:SR 666

STANDARDIZED REGULATIONS

(Government Civilians, Foreign Areas)

266.2    <u>Transfer</u>

When an employee is transferred from a post at which the employee has been granted SMA, such grant shall terminate as of the earliest of the following dates:

(1) date the employee commences travel under the transfer order; or

(2) effective date of transfer when no travel by the employee under the transfer order is involved.

266.3    <u>Separation</u>

When an employee is separated (Section 040r) while assigned to a post at which the employee has been granted SMA, such grant shall terminate as of the earlier of the following dates:

(1) last day of employment; or

(2) date on which the employee is reunited with member of family.

266.4    <u>Transitional SMA</u>

Transitional SMA shall terminate as of the earliest of the following dates:

(1) date the employee commences travel under transfer orders from the evacuated post or date of transfer when no travel by the employee under the transfer order is involved.

(2) date the authorized period for Transitional SMA ends.

(3) date the complete Household Effects (HHE) shipment is delivered to family. (Only pertains to 262.3a TSMA.)

(4) date the family members occupy non-commercial quarters.

(5) date the family members occupy permanent quarters. (Only pertains to 262.3a TSMA, however, this would also pertain under 262.3b TSMA in an unusual circumstance of the family members deciding to stay permanently and not

return to post.)

(6) Three days after the last day of school. (Only pertains to 262.3b TSMA)

267 Payment

267.1    Determination of Rates

a. Voluntary/Involuntary SMA

The annual rate of the SMA grant to an employee is determined by the number of family members maintained elsewhere than at the post of assignment. The rates in the following table differ by type of SMA but do not vary by location of the separate household: (interim eff. 5/1/05 TL:SR 650; final 6/12/05 TL:SR 652)

| Type of SMA | 1 Child Only | 2 or More Children | 1 Adult Only | 1 Adult and 1 Additional Family Member | 1 Adult and 2 or 3 Additional Family Members | 1 Adult and 4 or More Additional Family Members |
|---|---|---|---|---|---|---|
| Voluntary | $4,300 | $7,500 | $8,400 | $10,700 | $13,200 | $15,900 |
| Involuntary | $5,800 | $8,700 | $9,900 | $13,400 | $15,200 | $17,700 |

A "child" is a family member who is unmarried and under 21 years of age as defined in

Section 040m(2) and (4).

An "adult" for the purposes of the above SMA table includes the employee's spouse and any of the relatives defined in Sections 040m and 261.1b as family members who are 21 years of age or older.

b.  **Transitional SMA--Following Termination of Evacuation**

Transitional SMA is to be paid at a daily rate, varying only by the number of eligible family members maintained at a location other than the post of assignment. The rates in the following table are not deducted from the annual rate determined in section 267.1a above and do not vary by either the location of post or the location of the separate household. (interim eff. 5/1/05 TL:SR 650; final 6/12/05 TL:SR 652)

07-09-06                                                                     TL:SR 666

STANDARDIZED REGULATIONS

(Government Civilians, Foreign Areas)

(1) For the 1st 90 Calendar Days Following the Termination of an Evacuation

| Per Family Not Per Person | Day 1-30 | Day 31-60 | Day 61-90 |
|---|---|---|---|
| 1-2 Family Members | $100/day | $70/day | $50/day |
| 3 or More Family Members | $120/day | $80/day | $60/day |

(2)   For 262.3a TSMA:  If the head of an agency or authorizing official determines that an extension beyond sixty (60) calendar days is necessary, Transitional SMA shall be paid at the 61st through 90th calendar day rate shown in the table above.  The maximum period under 262.3a Transitional SMA shall not exceed a total of ninety (90) days.  Following termination of 262.3a Transitional SMA, Involuntary SMA will commence.  See table at 267.1a for appropriate rate.

(3)   For 262.3b TSMA:  The maximum period under 262.3b Transitional SMA shall not exceed a total of ninety (90) days.  Following termination of 262.3b Transitional SMA, Voluntary SMA will commence [see 264.2(2) under EXCEPTION].  See table at 267.1a for appropriate rate.

267.2   <u>Payment Reduced When Government Quarters or Special Benefits Are Available to Family Members.</u>

Payment under SMA grant shall be reduced for any period during which a family member

on behalf of whom the allowance was granted resides in Government provided quarters

or for whom special benefits are provided by the U.S. Government.  In determining the

amount to be deducted the following criteria shall be applied:

a.  if the family members are provided adequately furnished quarters including

necessary heat, electricity and water at U.S. Government expense, the rate will

be reduced by 70%.  In the event that necessary heat, electricity and water are

not provided at Government expense, the grant may be increased by the utilities

expenses actually incurred by the employee;

b.  if the quarters are provided without major household effects such as basic

furniture and major appliances, the reduction in the rate will be 50% with

utilities consideration as in Part a if necessary;


c. in addition to the reductions required by Parts a and b, the separate maintenance

grant will be reduced by 10% of the rate if family members receive local

transportation at Government expense, and by an additional 10% of the rate if

family members are provided access to military commissary and exchange facilities.


In no instance under Part a or b, above, will the total grant exceed the maximum

applicable rate in Section 267.1.


## 267.3    Method of Payment


### a.    Voluntary/Involuntary SMA

SMA shall be computed and paid at annual rates, divided by the number of days in the calendar year to obtain a daily rate (counting 1/2 cent and over as a whole cent); multiplying the daily rate by 14 to obtain a biweekly rate; and multiplying the daily rate by the number of days involved to obtain the rate for any other period. The

rate for any split pay period at the end of a calendar year shall be computed at the daily rate applicable on the first day of that pay period.


### b.    Transitional SMA – Following Evacuation

The applicable Transitional SMA daily rate shall be computed by multiplying the daily rate by 14 to obtain a biweekly rate; and multiplying the daily rate by the number of days involved to obtain the rate for any other period.  The applicable rate for any split pay period at the end of a calendar year shall be computed at the daily rate applicable on the first day of that pay period.

267.4    <u>Travel and Transportation Costs</u>

Travel and transportation costs are payable in accordance with the regulations of each agency.

—
—

07-09-06                                                                TL:SR 666

STANDARDIZED REGULATIONS

(Government Civilians, Foreign Areas)

<u>DSSR Index</u>