UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA LOO FARRIS,        )<br>                             )<br>    Plaintiff              )<br>                             )<br>v.                           )<br>                             )<br>CONDOLEEZA RICE,             )<br>                             )<br>    Defendant             )<br>                             ) | Case No. 05-1975 (RMU) |

**PLAINTIFF VIRGINIA LOO FARRIS' RESPONSE TO MOTION
TO STAY DISCOVERY**

The Plaintiff Virginia Loo Farris ("Plaintiff" or "Loo Farris"), through counsel, hereby files this Response to Defendant's Motion to stay discovery.

Plaintiff has served discovery requests, but given the pending summary judgment motion, had not moved to compel responses.   Plaintiff's counsel had contacted defense counsel, who had confirmed to undersigned counsel that she would agree to a liberal extension of discovery assuming the summary judgment motion was denied.   The parties agreed at that time, during and just after the summary judgment briefing, that it appeared reasonable to defer discovery responses and disputes.

But given the passage of time, Plaintiff proposes that discovery continue, and that Defendant respond to Plaintiff's discovery requests expeditiously.    Those requests were designed to ferret out details of qualifications, and gaps in procedures, which became apparent form the administrative discovery, and could be crucial for Plaintiff's case.  Given the impending deadlines, Plaintiff also proposes that the discovery deadline be extended generally until March

15, 2007, with any experts to be disclosed by January 31, 2007.   After the close of discovery the record can be supplemented with a supplemental brief from each side, due on or before March 30, 2007, for purposes of deciding the pending summary judgment motion.

        Respectfully submitted,

        VIRGINIA LOO FARRIS
        By Counsel


        /s/     George Doumar
        George R.A. Doumar (D.C. Bar #415446)
        George R. A. Doumar, PLLC
        2000 N. 14th Street
        Suite 210
        Arlington, VA  22209
        Phone: (703) 243-3737
        Fax: (703) 524-7610

Case 1:05-cv-01975-RMU    Document 30    Filed 12/08/2006    Page 3 of 3