UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| VIRGINIA FARRIS, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-1975 (RMU) |
| | : | | |
| v. | : | Document No.: | 23 |
| | : | | |
| CONDOLEEZZA RICE, | : | | |
| Secretary of State, | : | | |
| Department of State, | : | | |
| | : | | |
| Defendant. | : | | |

## ORDER

### DENYING THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 12th day of June, 2007, it is hereby

**ORDERED** that the defendant's motion for summary judgment is **DENIED**.

**SO ORDERED**.

                                                                                                                     RICARDO M. URBINA
                                                                                        United States District Judge