IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VIRGINIA LOO FARRIS | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 05-1975(RMU) |
|  | ) |
| CONDOLEEZZA RICE | ) |
| Secretary of State | ) |
| Department of State | ) |
|  | ) |
| Defendant. | ) |

**JOINT RULE 16.3 REPORT**

Pursuant to LCvR 16.3, the parties hereby report to the Court that counsel for the parties conferred by e-mail and telephone on numerous occasions. As a consequence, the parties hereby report to the Court as follows:

1. <u>Nature of Case</u>: This is a discrimination and reprisal case brought under Title VII, by an Asian American woman. Plaintiff alleges that the defendant improperly failed to select her for certain positions within the agency and, when she complained, retaliated against her by investigating her and denying her various assignments. The defendant denies that plaintiff was discriminated or retaliated against as alleged.

2. <u>Case Scheduling</u>: There are no pending motions. The Court denied defendant's motion for summary judgment without prejudice. The defendant believes that the claims in this case

may be resolved through a dispositive motion after the completion of discovery; plaintiff disagrees.

3. <u>Joinder/Amendment/Narrowing</u>:  The parties do not anticipate the need to join third parties.  Neither party believes that the legal or factual issues can be narrowed at this time.

4. <u>Assignment To Magistrate Judge</u>: The parties do not consent to assignment of this case to a magistrate judge.

5. <u>Settlement Possibility</u>:  The parties do not see a realistic possibility of settlement at this time.

6. <u>Alternative Dispute Procedures</u>: At this time, Defendant does not believe that the case could benefit from the Court's ADR process.  Plaintiff believes that ADR and mediation would be beneficial. The parties will inform the Court if it appears that their respective positions have changed.

7. <u>Dispositive Motions</u>:  Defendant believes that plaintiff's claims can be resolved by a dispositive motion. Plaintiff disagrees. The parties agree that the deadline for dispositive motions should be as follows: The parties propose that dispositive motion will be filed on June 15, 2008, oppositions be filed on July 20, 2008 and replies be filed by August 15, 2008.

8. <u>Initial Disclosures</u>: The parties stipulate and agree to

dispense with initial disclosures.

9. <u>Discovery</u>: The parties agree that discovery should close April 30, 2008, with the presumptive limits of the local rules imposed upon the number of depositions and interrogatories. The parties agree that request for admission will comply with the presumptive limits of the local rules. The parties agree that documents will be produced in a form as close as possible to the original, and that they will continue to confer as document production becomes imminent in accordance with Fed. R. Civ. P. 26(f).

10. <u>Experts</u>: The parties agree that plaintiff's Rule 26(a)(2) report will be served by March 1, 2008 with defendant's report to be served April 15, 2008. Expert depositions may be taken outside the discovery period.

11. <u>Class Action Procedures</u>: Not applicable.

12. <u>Bifurcation of Discovery or Trial</u>: The parties do not see any need for bifurcation.

13. <u>Proposed Date For The Pretrial Conference</u>: The Defendant believes that the Court should not set the date for the pretrial conference at this time. Plaintiff believes a pretrial conference date after the close of discovery would be appropriate and help to focus the parties.

14. <u>Trial Date</u>: Defendant believes that the Court should

not schedule a firm trial date until discovery has been completed. Plaintiff believes it would be appropriate to schedule a trial date at a pretrial conference, if not sooner.

    15.   Other Matters:  None.

*[signature: George R.A. Dumar]*
GEORGE R.A. DUMAR
D.C. Bar #415466
2000 N. 14th Street
Suite 210
Arlington, VA 22201
(703) 243-3737

Attorney for Plaintiff

Respectfully submitted,

*[signature: Jeffrey A. Taylor /DMS/]*
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney

*[signature: Rudolph Contreras /DMS/]*
RUDOLPH CONTRERAS,
D.C. Bar #434122
Assistant United States Attorney

*[signature: Diane M. Sullivan]*
DIANE M. SULLIVAN
D.C. Bar #12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
(202) 514-7205