IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VIRGINIA LOO FARRIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1975(RMU) |
| ) | |
| CONDOLEEZZA RICE ) | |
| Secretary of State ) | |
| Department of State ) | |
| ) | |
| Defendant. ) | |

### SCHEDULING ORDER

UPON CONSIDERATION OF the parties' Local Civ. R. 16.3 Report, the Court enters the following scheduling order:

1. Discovery will close on April 30, 2008.

2. Plaintiff's 26(a)(2) report will be due on March 1, 2008. Defendant's 26(a)(2) report will be due April 15, 2008.

3. Dispositive motions are due by June 15, 2008; Oppositions are due by July 20, 2008 and reply briefs are due by August 15, 2008.

SO ORDERED THIS 3rd day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE