IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VIRGINIA LOO FARRIS ,**    )<br>                                                  )<br>        **Plaintiff**                         )<br>                                                  )<br>**v.**                                            )         Case No. 05-1975 (RMU)<br>                                                  )<br>**CONDOLEEZA RICE,**            )<br>                                                  )<br>        **Defendant**                     )<br>                                                  ) | |

## CONSENT MOTION FOR EXTENSION OF DISCOVERY FOR LIMITED PURPOSES

The parties, Plaintiff Virginia Farris ("Farris"), through counsel, and Defendant Condoleeza Rice, through counsel ("Defendant"), hereby request an extension of the discovery deadline for limited purposes.

Discovery in this matter ends under the current schedule on April 30, 2008.

The parties request an extension until August 15, 2008, for disclosure and discovery by both parties related to experts.

The parties believe that the summary judgment briefing, and ultimately any decision, will clarify issues as to whether experts are needed or not.   Thus, the parties seek no extension in the current schedule for summary judgment briefing.   Dispositive motions are due on June 15, 2008, and depending on the briefing and response, experts may or may not be needed.

Plaintiff's counsel submitted the motion and proposed order to defense counsel, who consented to such filing.

Dated: April 16, 2008                                    Respectfully submitted,

                                          VIRGINIA FARRIS
                                          By Counsel

                                          /s/  George Doumar
                                          George R.A. Doumar (#26490)
                                          George R. A. Doumar, PLLC
                                          2000 14th Street, North, Suite 210
                                          Arlington, VA  22201
                                          Phone: (703) 243-3737
                                          Fax: (703) 525-2489

Case 1:05-cv-01975-RMU    Document 37    Filed 04/16/2008    Page 3 of 3