IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VIRGINIA LOO FARRIS,** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 05-1975 (RMU) |
| ) | |
| **CONDOLEEZA RICE,** ) | |
| ) | |
| Defendant ) | |

## ORDER

The Court, having considered Plaintiff's Motion for Extension of Discovery, for disclosure and discovery relating to experts only, hereby GRANTS such Motion and ORDERS that any such disclosure of experts and related discovery be completed by August 15, 2008.

Date _____                              _____
                                                          United States District Judge

WE ASK FOR THIS:

/s/ Gerge R. A. Doumar                /s/ Diane Sullivan
George R.A. Doumar                    Diane Sullivan
D.C. Bar 415446                       D.C. Bar 2765
George R. A. Doumar, PLLC             United States Attorney's Office
2000 14th Street, North, Suite 210    555 4th Street, NW
Arlington, VA  22201                  Civil Division
Phone: (703) 243-3737                 Washington, DC 20530
                                      Phone: (202) 514-7205

Case 1:05-cv-01975-RMU     Document 37-2     Filed 04/16/2008     Page 2 of 2