1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of April, 2008, a copy of the foregoing was served via ECF, on the following:

**Diane M. Sullivan**
UNITED STATES ATTORNEY'S OFFICE
555 4th Street, NW
Civil Division
Washington, DC 20530

                                            /s/ George Doumar
                                            George R.A. Doumar (#26490)
                                            George R. A. Doumar, PLLC
                                            2000 14th Street, North, Suite 210
                                            Arlington, VA  22201
                                            Phone: (703) 243-3737
                                            Fax: (703) 525-2489