IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
VIRGINIA LOO FARRIS            )
                               )
          Plaintiff,           )
                               )
     v.                        )     Civil Action No. 05-1975(RMU)
                               )
CONDOLEEZZA RICE               )
Secretary of State             )
Department of State            )
                               )
          Defendant.           )
_____)
```

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a two week enlargement of time to file a renewed motion for summary judgment up to and including June 30, 2008.

The defendant's dispositive motion is due on June 16, 2008. Counsel for the defendant anticipated filing a renewed motion for summary judgment on that date. However, approximately ten days ago agency counsel, who was doing the initial review of the hundreds of pages of documents provided in response to plaintiff's four requests for production of documents for the June 16, 2008 filing date, was reassigned. Although the Assistant United States Attorney (AUSA) responsible for the case is aware of the general contents of the documents, she is not as familiar with them as was agency counsel. Consequently, the AUSA began reviewing some of the documents over the weekend and it became clear, given the demands of her schedule this week, that

the review cannot be completed in time for filing on June 16, 2008.

All related dates would be continued accordingly. Plaintiff's response would be due on August 8, 2008, and a reply due by September 5, 2008. Plaintiff's experts would be due on August 22, 2008.

Counsel contacted plaintiff's counsel who consents to this request and requests a corresponding extension to file his opposition to the motion. This request for a brief extension should not unduly delay the resolution of the case.

Wherefore, it is respectfully requests that the defendant have up to and including June 30, 2008 to file a renewed motion for summary judgment.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar#434122
Assistant United States Attorney

/s/
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Civil Division
Washington, D.C. 20530
(202) 514-7205