# EXHIBIT 14:
# (cedes 1994-2000)

Paneled

**DCM/DAS Assignments**

**DG/Program Directed Assignments**

| | | |
|---|---|---|
| Glover, Michael | Guayaquil/PO | 12/21/99 |
| Kelly, Stephen | Ottawa/DCM | 12/21/99 |
| Blake, Robert | S/S/Dpty Exec Secy | 01/04/00 |
| Perez, Carol | S/S/Dpty Exec Secy | 01/04/00 |
| Thomas, Harry | S/S-O/Off Dir | 01/04/00 |
| Sines, Elizabeth | IFS/FSC/C/SrFinMgt | 01/18/00 |
| Goldberg, Philip | Havana/Dep PO | 01/18/00 |
| Byrnes, Robert | FMP/FSC/B/SrFinMgtOff | 01/18/00 |
| Moon, Patrick | Zagreb/DCM | 01/25/00 |
| Sanders, Robin | AF/EX/PD/Dir | 03/21/00 |

**Cede/Generalists**

| | | |
|---|---|---|
| Blackburn, Lawrence | Riyadh/Admin Off | 11/30/99 |
| Dress, Alice | Riyadh/Econ Off | 12/14/99 |
| Cummings, Barbara (MSI) | Lima/Cons Off | 12/07/99 |
| Weygandt, Arkell (MSI) | Moscow/Econ Off | 12/28/99 |
| Dance, Robert | PER/CDA/Dep Dir | 01/18/00 |
| Glass, George (MSI) | Bern/DCM | 01/18/00 |
| Foley, James (MSI) | Geneva-USMis/Dep US Rep | 02/15/00 |
| Beede, Christopher 02,MSI | Beijing (01)/Econ Off | 02/29/00 |
| Skinner, Charles | EUR/RPM/DIR | 04/11/00 |
| Robinson, Ronald | Lagos/Con Off | 02/08/00 |
| Perett, William (MSI) | EUR/WST/Off Dir | 02/15/00 |
| Rapson, Robert | New Delhi/Econ/C | 03/07/00 |
| Kirkpatrick, Alexander | Lagos/Admin/C | 03/07/00 |
| Bigler, Gene | Panama/Pol/Econ | 03/14/00 |
| Milas, Kevin | Ankara/Admin/C | 03/21/00 |
| Strotz, Judith | EAP/RSP/Dir | 05/09/00 |
| Keegan, David | EAP/RSP/TC/Dir | 05/16/00 |
| Hinson, Elizabeth | Lima/Admin/C | 04/11/00 |
| Baroody, Judith R. | NEA/PC/Dep Dir | 03/28/00 |
| Luke, Robert | USOECD Paris | 05/18/00 |
| Lebl, Leslie | EU-Brussels | 06/20/00 |
| Cohen, Lawrence | Lagos/Econ/C | 06/06/00 |
| Frisbie, R. | WHA/EPSC/Dir | Granted |
| Mahoney, Haynes | Cairo/PD | 05/16/00 |
| Burgess, John | New Delhi/PD | 05/16/00 |
| Sheely, John | AF/EX/Dep Ex Dir | 05/23/00 |
| Luke, Robert | OECD Paris/Intnl Econ | 05/23/00 |
| Cretz, Gene | Cairo/Pol/Econ Off | 05/23/00 |
| Dibble, Elizabeth | NEA/RA/Off Dir | 05/30/00 |
| Frisbie, Russell | WHA/EPSC/Off Dir | 05/30/00 |
| Wang, Robert | Beijing/Econ Off | 05/30/00 |
| Goodman, Andrew | Brussels NTO/Pol Off | 06/06/00 |
| Reid, James | EB/IFD/OFD Dir | 06/07/00 |
| Schmidt, Robert | New Delhi/CAO | 06/20/00 |
| Kaiser, Sandra | Athens/PAO | 06/27/00 |
| Davison, John | USUN/Econ/Dep US Rep | 07/11/00 |
| Thayer, Scott | EUR/PRP/Off Dir | 07/11/00 |

McCurdy, Carol            London/CAF              10/10/00
Terzuolo, Eric           Rome/Pol                10/24/00

**Cede/Specialists**
Suvari, Agu              M/MED/HC/Clinical Dir    11/30/99
Flowers, Clifton         FBO/PE/CSM/Director      12/21/99
Decastro, Raymond        Lima/Med Off-Psy         12/21/99
Campbell, Herbert        Tokyo/Med Off-Psy        12/21/99
Lauer, Roger             Bangkok/Med Off-Psy      12/21/99
Frese, John              Cairo/Sec Off            12/21/99
Levine, Barrett          Cairo/Med Off-Psy        12/21/99
Wadley, Harlan           Pretoria/Reg Med Off     12/21/99
Gable, Dawn              M/MED/MHS/Med Off-Psy    12/28/99
Manahan, Nancy           Dakar/Med Off            01/18/00
Smith, Susan             M/MED/HC/Dir Foreign     02/01/00
Bigler, Alan             DS/SFFO/SLRO/Sy Off      02/22/00
Gaddis, John             Cairo/RSO                02/29/00
Clore, Raymond           Paris/EST                05/30/00
Carter-Tripp, H. Marshall Buenos Aires/EST        04/25/00
Weant, Dana              Mexico D.F./EST          04/25/00
Cronon, James            Oth Agencies             03/28/00
Bagchi, Plaban (MSI)     FBO/PE/CM/Constr Eng     06/20/00
Daugherty, Craig         DS/DSS/FLD/SY Off        07/18/00
Di Capua, Marco          New Delhi/S&T Off        10/03/00
Whitney, John            Abu Dhabi/Constr Eng     10/24/00

**Cede/Extensions/Generalists**
Miotke, Jeffrey          OES/EGC/Off Dir          02/08/00
Kirby, Michael           INR/IC Director
Strotz, Judith           EAP/RSP/Off Dir          07/25/00
Reeker, Philip           PA/Dep Spokesman         10/24/00

**Cede/Extensions/Specialists**
Boone, Mary              IIP/G/IR                 04/25/00
Lysyshyn, Susan          Otta/S&T                 05/23/00
Thielman, Samuel         Nairobi/Med Off          07/06/00

10/24/00

FAR-DC- 0002

## SENIOR STRETCHES/CEDES

### 1998-99

**DCM/DAS Assignments**

| | | Paneled |
|---|---|---|
| JONES, Frances | Yaounde/DCM | 11/24/98 |
| VAN VOORST, Carol | Helsinki/DCM | 12/22/98 |
| JOHNSON, Susan | Bucharest/DCM | 02/16/99 |
| HOH, Christopher | Sarajevo Bos/DCM | 03/16/99 |

**DG/Program Directed Assignments**

| | | |
|---|---|---|
| WOLFSON, David | USEmb Berlin/Pol Off | 12/22/98 |
| DURBIN, John | DS/CIS/DC/Director | 01/12/99 |
| GODEC, Robert | Pretoria/Econ Officer | 01/12/99 |
| KROL, George | Moscow/Pol Ofcr | 04/08/99 |
| SISON, Michele | Islamabad/DCM | 04/15/99 (OP) |
| BECKER, Frederick | Panama/DCM | 05/04/99 |
| BOGGS, Robert | New Delhi/Pol Ofcr | 05/11/99 |
| GRAY, Gordon | IO/PHO/IROG | 05/18/99 |

**Cede/Generalist**

| | | |
|---|---|---|
| SMITH, Daniel | G/Ex Asst | 01/19/99 |
| WOOD, Peter | FBO/OPS/AM/Director | 03/16/99 |
| LINDE, Deborah | Moscow/Sci & Tech Aff Off | 03/16/99 |
| MARTINEZ, Valentino | Sarajevo/Pol Off | 03/30/99 |
| BEYRLE, John | S/NIS | 03/30/99 |
| SNELLGROVE, Trevor | Panama/Admin | 03/30/99 |
| HOLMES, J | AF/EPS/Office Director | 04/08/99 |
| LEVINE, Jeffrey | Brasilia/Admin Officer | 04/08/99 |
| SHANNON, Thomas | Mexico D.F./Pol Off | 04/13/99 |
| THOMPSON, Stephen | Buenos Aires/Econ Off | 04/29/99 |
| BASSETT, Leslie | Bogota/Pol/Econ Off | 04/29/99 |
| REID, James | EB/IFD/ODF/Off Dir | 04/29/99 |
| RAGSDALE, Marguerita | Pretoria/Pol Counselor | 05/18/99 |
| RUSSELL, Daniel | EUR/RUS/Off Dir | 05/25/99 |
| LEBL, Leslie | SARAJEVO/Pol Mil Aff Off | 05/25/99 |
| KENNEDY, J | Mexico D.F./Pol Off | 06/01/99 |
| JACKSON, Mark | Nairobi/Admin Off | 06/01/99 |
| PERCIVAL, Bronson | Defense/Detail | 06/08/99 |
| JONES, Stuart | Ankara/Pol Counselor | 06/15/99 |
| COUNTRYMAN, Thomas | EUR/SCE/Off Dir | 08/17/99 |
| ANDRUCH, Dianne | CA/OCS/Managing Dir | 11/02/99 |

**Cede/Specialist**

| | | |
|---|---|---|
| SCHURMAN, Donald | DS/IST/STO/SY Off-Eng | 02/16/99 |
| COLLINS, Bernard | EUR/RPM SY Officer | 02/23/99 |
| ADAMS, William | Pretoria/SY Officer | 03/09/99 |
| BOULANGER, John | IRM/OPS/MSO/Dir, Dom Oper | 06/29/99 |
| WILLS, Charles | OPS/ITI/PMA/Off Dir | 06/29/99 |
| PRIOR, William | FBO-Kenya/Const Eng | 07/20/99 |
| KWIK, Christine | Almaty/Med Off | 09/07/99 |
| THIELMAN, Samuel | Nairobi/Med Off IRM | 09/07/99 |

**Cede/Extension/Generalist**

| | | |
|---|---|---|
| MCCULLOUGH, Dudas C. | Lagos/Econ | 01/26/99 |

**Cede/Extension/Specialist**

## SENIOR STRETCHES/CEDES

### 1997-98

| DCM/DAS Assignments | | Paneled |
|---|---|---|
| TRIVELLI, Paul | Tegucigalpa/DCM | 1/06/98 |
| MCCARTHY, Deborah | Managua/DCM | 1/06/98 |
| MCCULLEY, Terence | Dakar/DCM | 1/20/98 |
| YOUNG, Stephen | AIT Taipei/DCM Equivalent | 1/27/98 |
| ROSENBLATT, Josiah | Vienna OSCE/Dep US Rep | 2/10/98 |
| ROBERTSON, Thomas | Budapest/DCM | 3/17/98 |
| FARRAR, Jonathan | Montevideo/DCM | 3/24/98 |
| BAZALA, Sylvia | Sarajevo Bos/DCM/Sep | 4/14/98 |
| FOLEY, James | PA/Dpty Asst Secy | 8/04/98 |
| HALE, David | Beirut/DCM | 9/01/98 |

| DG Directed Assignments | | |
|---|---|---|
| WALLES, Jacob | NEA/IAI Country Dir | 3/31/98 |
| ARZT, Joanne | ARA/EX/Dep Exec Dir | 8/04/98 |

| Cede/Generalist | | |
|---|---|---|
| ENGELKEN, Stephen | Canberra/POL/Off cycle | 11/04/97 |
| MCCULLOUGH, Dundas C | Lagos/ECON | 11/18/97 |
| SIEVERS, Marc | Riyadh/POL | 12/09/97 |
| COOK, Frederick | La Paz/Admin Off | 1/27/98 |
| GAIN, Ronald | Riyadh/Admin Off | 1/27/98 |
| MCGEE, James | Abidjan/Admin Off | 1/27/98 |
| WHITE, Thomas | EB/TRA/AN/Off Dir/Off cycle | 2/03/98 |
| PARKER, Maurice | Lagos/Cons Off | 2/03/98 |
| SIMON, Hugh | PM/POLAD/M/POL Adviser | 2/10/98 |
| HOFMANN, KARL | S/S-O/Off Dir | 2/24/98 |
| HANSEN, Rosemary | EAP/EX/Dpty Exec Dir | 3/17/98 |
| DAVIS, Robert | Bogota/Admin Off | 3/17/98 |
| WEISBERG, Robert | Caracas/Admin Off | 3/17/98 |
| MORAN, John | Riyadh/Econ Off | 4/14/98 |
| HUGGINS, Joseph | AF/EX/Dpty Ex Dir | 4/14/98 |
| HAINES, Mary | EB/EX/Ex Dir | 4/14/98 |
| VAN VOURST, Carol | Sarajevo/Pol Off | 4/21/98 |
| REVERE, Evans | EAP/K/Country Dir | 4/28/98 |
| SCHMIDT, John | Islamabad/Pol Off | 5/12/98 |
| WARLICK, James | EUR/AGS/Off Dir | 5/19/98 |
| HARRINGTON, Donald | Brasilia/Pol Off | 5/19/98 |
| FITZPATRICK, Mark | Vienna Unvie/Pol Mil Off | 5/19/98 |
| WARLICK, Mary | EUR/WST/Off Dir | 6/02/98 |
| NORRIS, John | EAP/RSP/TC/Intl Rel Of Gen | 6/23/98 |
| BERRY, Gregory | S/S/Dpty Exec Secy | 6/23/98 |
| MOON, Patrick | EUR/RPM/Pol Mil Aff Off | 6/23/98 |
| NELSON, David | EB/IFD/OMA/Off Dir | 8/04/98 |
| HEDGBETH, Llewellyn | A/OPR/SP/Off Dir | 8/11/98 |

FAR-DC- 0004

- 2 -

**Cede/Specialist**

| | | |
|---|---|---|
| MAZER, Ronald | Manila/Sec Off | 12/23/97 |
| DONNELLY, Martin | Islamabad/Sec Off | 12/23/97 |
| CUNNINGHAM, Candis | Lima/Sr Narc Afrs Off | 1/13/98 |
| HUNTER, Donald | A/IM/IAP/Dir | 1/13/98 |
| STONE, Curtis | Bonn/Labor Off | 1/20/98 |
| GASKILL, William | Athens/Sec Off | 2/03/98 |
| DAVIS, Ernest | Warsaw/Reg Med Off | 2/10/98 |
| LAUDERDALE, Steve | IM/IPS/AAS/Dir Info Ser | 2/10/98 |
| RENDEIRO, John | Moscow/Sec Off | 2/10/98 |
| LARSEN, Ronald | Moscow/Med Off | 2/24/98 |
| SJUE, Gordon | Lima/Sec Off | 3/03/98 |
| ANDERSON, Youngeun | Seoul/Sci & Tech Aff Off | 3/17/98 |
| MONESTERSKY, Jesse | Dakar/Med Off | 3/26/98 |
| FLOWERS, Clifton | FBO/PE/CSM/Dir | 4/14/98 |
| STIGLIANI, Nicholas | DRL/ILA/Sr Advisor | 5/26/98 |
| LAUER, Roger | Tokyo/Med Off-Psy | 8/21/98 |

**Cede/Extension/Generalist**

| | | |
|---|---|---|
| MEARS, Thomas | NATO/Admin Off | 12/09/97 |
| LANE, Robert | Lagos/Admin | 12/16/97 |

**Cede/Extension/Specialist**

| | | |
|---|---|---|
| RITCHIE, John | Mexico D.F./Labor Off | 1/27/98 |

g:seniors.list.cedeplus.doc

FAR-DC- 0005

**DCM/DAS Assignments**

| | | Paneled |
|---|---|---|
| Dunn, Timothy | PO Guayaquil | 1/7/97 |
| Cavanaugh, Carey | DCM Bern | 1/7/97 |
| Myles, Marianne | PO Naples | 1/21/97 |
| Berry, Gregory | DCM Beirut | 2/4/97 |
| Hahn, Nick | PO Tijuana | 2/11/97 |
| Wolfson, David | DCM Bucharest | 2/11/97 |
| Pearce, David Duane | DCM Damascus | 3/18/97 |
| Patterson Jr., Charles | PO Abuja | 3/18/97 |
| Senko, Michael | DCM Sarajevo | 4/8/97 |
| Nist, Theodore | DCM Dhaka | 4/15/97 |
| Moriarty, Lauren | Dep. Dir.Taipei | 4/15/97 |
| Nuland, Victoria | DAS S/NIS | 7/29/97 |
| Ray, Charles | PO Ho Chi Minh City | 8/12/97 |

**DG Directed Assignments**

| | | |
|---|---|---|
| Slutz, Pamela | EAP/RSP Off. Dir. | 6/3/97 |
| Wood, William | USUN/POL | 6/3/97 |
| Moriarty, James | Beijing POL | 6/3/97 |

**Cedes**

| | | |
|---|---|---|
| Likins, Rose M | S/S-O | 1/7/97 |
| Gaskill, William G L | RSO Lima | 1/7/97 |
| Thompson, Carol | G | 2/4/97 |
| Roberts, Richard | DS/IST/STO | 2/4/97 |
| Bodde, Peter | New Dehli Admin | 2/11/97 |
| Wuensch, William | A/IM/SIO | 2/18/97 |
| Ludan, Robert | Beijing Econ | 2/18/97 |
| Lebl, Leslie | SACEURARSOUTH - POLAD | 3/4/97 |
| Matera, Michael | Moscow Econ | 3/4/97 |
| Dougherty, Bernard | DS/DSS/FLD | 4/8/97 |
| Covington, Philip | Buenos Aires EST | 4/8/97 |
| Breese, Terry | Brussels ECON | 4/22/97 |
| Young, Stephen | EUR/CASA | 4/29/97 |
| Miller, Richard | EB/TPP/ATT | 5/6/97 |
| Krol, George | EUR/RUS | 5/6/97 |
| Sigler, Mark | Buenos Aires POL | 5/6/97 |
| Martinez, Valentino | Mexico City POL | 5/6/97 |
| Amselem, W. Lewis | Panama ECON | 5/6/97 |
| Foster, James | Tokyo POL | 5/6/97 |
| Fitts, Robert | Bangkok ECON | 5/6/97 |
| Tunis, Eric | New Delhi POL | 5/6/97 |
| Dress, Alice | New Delhi ECON | 5/13/97 |
| Swart, Susan | A/IM/CST | 5/20/97 |
| Arzt, Joanne | ARA/EX | 5/27/97 |
| Veler, Annette | Lima Consular | 5/27/97 |
| Miller, Walter | A/OPR/ST | 6/3/97 |
| Maertens, Thomas | Moscow S&T | 6/24/97 |
| Quinn, Maureen | S/S | 6/24/97 |
| Dunn, David | AF/E | 7/1/97 |

FAR-DC- 0006

— 2 —

Wadley, Harlan                 New Delhi MED              7/15/97
Bellows, Michael               Ottawa Consular            8/26/97


**Extensions**

Simmons Jr., Robert F          EUR/RPM                    1/7/97
Saturni, Fabio                 Lagos Cons                 1/21/97
Fuselier Jr., Burley P         DS/EPC/CTP                 2/18/97
Kaplan, Sidney                 FMP/F/IFS                  5/20/97
Simons, Paul                   NEA/RA                     5/20/97
Suvari, Agu                    Brasilia MED               5/20/97
Pepper, Raymond                Manila ADMIN               6/17/97
Gochnauer, Lois                DRL/ASY                    7/22/97
Winnick, Seth                  USUN Dep US Rep            7/29/97


g:seniors.list.cedeplus.doc (9/5/97)


FAR-DC- 0007

**DCM/DAS Assignments**                                                    **Paneled**

| | | |
|---|---|---|
| GUEST, Michael | DCM Prague | 11/13/95 |
| NULAND, Victoria | DCM Kiev | 12/01/95 |
| JEFFREY, James | DCM Kuwait | 2/09/96 |
| BAUMAN, John | DCM Monrovia | 3/15/96 |
| BECKER, Frederick | DCM Managua | 4/19/96 |
| BRENNAN, Martin | DCM Addis Ababa | 4/19/96 |

**DG Directed Assignments**

| | | |
|---|---|---|
| WOLFF, Alejandro | S/S (D/Exec Sec) | 11/21/95 |
| SIMONS, Paul | NEA/RA Director | 1/19/96 |
| WEINER, Sharon | S/S-O | 5/10/96 |
| WINNICK, Seth | USUN/DepUSRep | 7/2/96 |

**Cedes**

| | | |
|---|---|---|
| HOPE, John | USUN/ECON (reassignment) | 10/06/95 |
| CAVANAGH, Carey | EUR/SE Director (off-cycle) | 11/13/95 |
| SANDERSON, Janet | Cairo ECON (off-cycle) | 12/01/95 |
| MANAHAN, Nancy | New Delhi MED | 1/26/96 |
| RIESLAND, Nicholas | Bangkok MED | 1/26/96 |
| COULTER, Frank | PER/CDA/EL (reassignment) | 2/09/96 |
| LANE, Robert | Lagos ADM | 2/16/96 |
| CASWELL, John | Brasilia POL | 2/16/96 |
| ANDRE, John | EAP/EP Director | 2/16/96 |
| PRICE, Thomas | Islamabad POL | 2/16/96 |
| KLINGENMAIER, Rich | Pretoria SY | 2/16/96 |
| SJUE, Gordon | Manila SY | 2/23/96 |
| SATTERFIELD, David | NEA/IAI Director | 2/23/96 |
| THOMAS, Bruce | Ankara POL/MIL | 3/15/96 |
| MCBRIDE, Joseph | Bogota POL/ECON | 3/22/96 |
| STEVENS, Mark | DS/CIS/IST (extension) | 3/29/96 |
| FUSILIER, Burley | DS/CTP/ATA | 3/29/96 |
| DERSE, Ann | Manila ECON | 4/12/96 |
| FENDRICK, Reed | Pretoria POL | 4/12/96 |
| RITCHIE, John | Mexico LAB | 4/19/96 |
| NESBERG, Rosil | La Paz ADM | 5/10/96 |
| STEWART, Curtis | Canberra ECON | 6/11/96 |
| LYSYSHYN, Susan | Ottawa SCI/TECH | 7/09/96 |
| BURCHFIELD, Timothy | Athens SO | 7/23/96 |
| Onate, Andres | PER/REE/EXAM | 8/27/96 |
| Miller, Richard | EB/TPP/ATT | 9/24/96 |
| Covington, Philip | REE/EXAM/BEX | 10/29/96 |

**Timely Extensions (Steigman Rule)**

| | | |
|---|---|---|
| EATON, William A. | Ankara ADM | 9/29/95 |
| QUINN, Maureen | E (Special Assistant) | 1/19/96 |

Doc:g:seniors:list.cedeplus.doc(10/21/96)

FAR-DC- 0008

### DCM/DAS Assignments

|  | | | Paneled |
|---|---|---|---|
| 1. | Deborah Schwartz* | DCM Tegucigalpa | 12/9/94 |
| 2. | Larry Rossin | DCM Madrid | 12/2/94 |
| 3. | Charles Shapiro* | DCM Santiago | 1/06/95 |
| 4. | Nick Burns* | DAS PA Bureau | 1/27/95 |
| 5. | Chris Webster | DCM Khartoum | 6/02/95 |
| 6. | Roger Meece | DCM Kinshasa | 6/09/95 |

### DG Directed Assignments

| 7. | Jack Segal | T (Sr. Advisor) | 12/2/94 |
|---|---|---|---|
| 8. | Maureen Quinn | E (Exec. Asst) | 11/18/94 |
| 9. | Sidney Kaplan | FMP (Assoc. Comptroller) | 12/22/94 |
| 10. | Marsha Barnes* | CA/EX (Deputy Director) | 2/17/95 |
| 11. | Raymond Pepper | Manila ADM | 5/12/95 |

### Cedes

| 12. | Hank Hendrickson | Manila POL (off-cycle) | 11/23/94 |
|---|---|---|---|
| 13. | Donald Schurman | Beijing RSO (off-cycle) | 11/18/94 |
| 14 | Ahmed Meer* | Mexico S&T (extension) | 12/22/94 |
| 15. | Ron Mazer | Islamabad RSO | 1/20/95 |
| 16. | Herbert Weingard | Brasilia MED | 2/10/95 |
| 17. | Ernest Davis | Riyadh MED | 2/17/95 |
| 18. | Mike Mozur | Moscow ECON (one year) | 3/03/95 |
| 19. | Mark Stevens | DS/CIS/ST SYENG (extension) | 3/17/95 |
| 20. | Tony Bell | Moscow RSO | 3/17/95 |
| 21. | Frank Parker | Riyadh ECON (extension) | 3/24/95 |
| 22. | Robert Davis | Riyadh ADM | 4/07/95 |
| 23. | Robert Downey* | Lagos POL (extension) | 4/14/95 |
| 24. | Warrington Brown | Cairo ADM | 4/21/95 |
| 25. | John Holland | DS/ST/STO | 4/28/95 |
| 26. | John Felt | Lagos ECON | 5/05/95 |
| 27. | Robert Simmons | EUR/RPM (D/Director) | 6/09/95 |
| 28. | John Miller | Ottawa LAB | 6/16/95 |
| 29. | William Stanton | Beijing POL | 6/23/95 |
| 30. | Robert Hafstad | Bangkok CONSENG (extension) | 7/07/95 |
| 31. | Scott Kilner | Ankara ECON | 7/14/95 |
| 32. | Pamela Slutz | EAP/CM (D/Director) | 8/04/95 |
| 33. | Steven Young | EUR/CASA (Director) | 8/11/95 |

### Timely Extensions (Steigman Rule)

| 34. | Stephen Mull | Warsaw POL (extension) | 11/04/94 |
|---|---|---|---|
| 35. | Victor Abeyta | Bogota NARC (extension) | 3/17/95 |
| 36. | John G. Williams* | MED/HCP/EC (extension) | 3/24/95 |

\* Individuals were promoted to FE-OC in 9/95

6033o (9/20/95)