UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
VIRGINIA LOO FARRIS            )
                               )
         Plaintiff,            )
                               )
    v.                         )   Civil Action No. 05-1975(RMU)
                               )
CONDOLEEZZA RICE               )
Secretary of State             )
Department of State            )
                               )
         Defendant.            )
_____)
```

**<u>DEFENDANT'S NOTICE OF FILING UNDER SEAL</u>**

The defendant has filed a redacted version of Defendant's Renewed Motion for Summary Judgment. The defendant will be filing an unredacted version of defendant's renewed motion for summary judgment together with defendant's exhibits 10-13 in support thereof under seal on Monday, June 30, 2008.[1] There are personal references to plaintiff and her family in the memorandum of points and authorities that do not belong in the public record. In addition, there are numerous references to personal and medical matters related to plaintiff and her family and personal information concerning third parties throughout the exhibits that do not belong in the public record.

The defendant will provide the Court by hand a courtesy copy of the un-redacted filings. Plaintiff's counsel was contacted and agrees that such filing is appropriate.

---

[1] Defendant previously filed Exhibits 1-9 under seal on September 13, 2006.

Respectfully submitted,


\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205