```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
_____
                              )
VIRGINIA LOO FARRIS           )
                              )
            Plaintiff,        )
                              )
     v.                       )   Civil Action No. 05-1975(RMU)
                              )
CONDOLEEZZA RICE              )
Secretary of State            )
Department of State           )
                              )
            Defendant.        )
_____)
```

**DEFENDANT'S EXHIBITS 10-13 UNDER SEAL**

EXHIBIT 10:    Defendant's Response to Interrogatory No. 3

EXHIBIT 11:    Goodman Documents - Bates Nos. 0010-0016

EXHIBIT 12:    Segal Documents - Bates Nos. 0335-0344

EXHIBIT 13:    SMA Investigation - Bates Nos. 0223-0285