IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA LOO FARRIS , ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 05-1975 (RMU) |
| ) | |
| CONDOLEEZA RICE, ) | |
| ) | |
| Defendant ) | |
| ) | |

## CONSENT MOTION FOR LIMITED EXTENSION OF BRIEFING TIME

Plaintiff Virginia Farris ("Plaintiff"), through counsel, has requested, and Defendant Condoleeza Rice, through counsel ("Defendant"), has graciously consented to, an extension of the current summary judgment briefing schedule to accommodate Plaintiff's counsel's schedule. Plaintiff's counsel is now inundated by a crisis for a business client this week and possibly into next week.

Thus, Plaintiff's counsel moves this Court, with Defense counsel's consent, for an order setting forth that Plaintiff's Opposition to Defendant's Motion for Summary Judgment shall be due on August 22, 2008, and that Defendant's Reply Memorandum in Support of Motion for Summary Judgment shall be due on September 19, 2008.  Plaintiff's counsel previously consented to a defense counsel request on an extension for filing the initial summary judgment brief, and counsel have worked and continue to work cooperatively on scheduling issues.

Dated:  August 6, 2008.                                             Respectfully submitted,

VIRGINIA FARRIS
By Counsel

/s/  George R.A. Doumar
George R.A. Doumar (#415446)
George R. A. Doumar, PLLC
2000 14th Street, North, Suite 210
Arlington, VA  22201
Phone: (703) 243-3737
Fax: (703) 525-2489