## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **VIRGINIA LOO FARRIS,** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 05-1975 (RMU) |
| ) | |
| **CONDOLEEZA RICE,** ) | |
| ) | |
| Defendant ) | |

## **ORDER**

The Court, having considered the parties Consent Motion to extend briefing schedule, hereby GRANTS such Motion and ORDERS that Plaintiff's Opposition to Defendant's Motion for Summary Judgment shall be due on August 22, 2008, and Defendant's Reply Memorandum in Support of Motion for Summary Judgment shall be due on September 19, 2008.

Date _____   _____
United States District Judge
United States District Court