## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of August, 2008, a copy of the foregoing was served via ECF, on the following:

**Diane M. Sullivan**
UNITED STATES ATTORNEY'S OFFICE
555 4th Street, NW
Civil Division
Washington, DC 20530

                                        /s/ George Doumar
                                        George R.A. Doumar (#26490)
                                        George R. A. Doumar, PLLC
                                        2000 14th Street, North, Suite 210
                                        Arlington, VA  22201
                                        Phone: (703) 243-3737
                                        Fax: (703) 525-2489