# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                                  )
**VIRGINIA LOO FARRIS,**                            )
                                                                  )
     **Plaintiff**                              )
                                                                  )
**v.**                                                           )      **Case No. 05-1975 (RMU)**
                                                                  )
**CONDOLEEZA RICE,**                              )
                                                                  )
     **Defendant**                          )
_____)


## ORDER

The Court, having considered the parties Consent Motion to extend briefing schedule, hereby GRANTS such Motion and ORDERS that Plaintiff's Opposition to Defendant's Motion for Summary Judgment shall be due on August 22, 2008, and Defendant's Reply Memorandum in Support of Motion for Summary Judgment shall be due on September 23, 2008.


Date _____                    _____
                                                                       United States District Judge
                                                                       United States District Court