# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VIRGINIA LOO FARRIS,** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 05-1975 (RMU) |
| ) | |
| **CONDOLEEZA RICE,** ) | |
| ) | |
| Defendant ) | |

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Court, having considered Defendant's Motion for Summary Judgment and Plaintiff's Opposition hereto as well as any Reply, hereby DENIES such Motion.


Date _____          _____
                                        The Honorable Ricardo M. Urbina
                                        United States District Judge