# EXHIBITS INCORPORATED BY REFERENCE

# EXHIBIT INDEX

| DESCRIPTION | EXHIBIT NO. |
|---|---|
| Virginia Loo Farris Curriculum Vitae | 1 |
| Declaration of Virginia Loo Farris | 2 |
| Information of Record Form | 3 |
| Marie Huhtala Deposition Excerpts | 4 |
| 2/8/00 James Whitlock e-mail | 5 |
| 1/31/00 James Whitlock e-mail | 6 |
| Statement of Robert Dance | 7 |
| 3/15/00 Robert Hall e-mail | 8 |
| 5/12/00 Thomas Tiernan e-mail | 9 |
| Email Confirming Ms. Loo Farris' bidding eligibility, but noting cede of positions, in contrast to Exs. 5 and 6 | 10 |
| 4/27/04 Melinda Chandler letter, draft procedures | 11 |
| 11/19/99 and 12/22/99 Farris e-mails expressing interest in positions | 12 |
| Thomas Tiernan Deposition Excerpts | 13 |
| 12/3/2001 Statement of Patrick Moon | 14 |
| 9/04/01 Farris Statement | 15 |
| 11/17/99 Farris inquiry into Hague POLAD position | 16 |
| 11/18/99 James Whitlock e-mail on availability of Hague POLAD position | 17 |
| 11/19/99 Farris bid on Hague POLAD position | 18 |
| 11/21/99 Farris informed she was not included on short list | 19 |
| 12/22/99 Farris email discussing Hague POLAD job on hard to fill cable | 20 |
| Excerpt from Agency discovery- Standard Operating Procedure | 21 |
| 9/4/2002 Statement of Patrick Moon | 22 |
| Illustrative docs- Employee Evaluations | 23 |
| State Standardized Regulation 263.7 | 24 |
| EEO Complaint of Virginia Loo Farris | 25 |
| Foreign Service Statistical Analysis | 26 |
| Ms. Loo Farris Response to Discovery | 27 |

**EXHIBITS ATTACHED HERETO**

# EXHIBIT 28

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **VIRGINIA LOO FARRIS ,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Case No. 05-1975 (RMU)** |
| | ) | |
| **CONDOLEEZA RICE,** | ) | |
| | ) | |
| **Defendant** | ) | |

## DECLARATION/EXPERT OPINION OF MINISTER COUNSELOR BARBARA S. HARVEY

I, Barbara S. Harvey, declare as follows, pursuant to 28 U.S.C. §1746:

I, Barbara S. Harvey, declare as follows, pursuant to 28 U.S.C. §1746:

1.      During my more than 30-year career in the U. S. foreign service I attained the Class of Minister-Counselor, in 1997. From 1991 to 1993, I served as Deputy Assistant Secretary of State for Personnel (Examination and Recruitment, Assignments, Evaluation, and Retirement). From 1993 to 1997 I was Deputy Chief of Mission of the U.S. Embassy in Indonesia. Earlier, from 1984-1987, I had served as the Principal Officer of the U. S. Consulate in Surabaya, Indonesia, and from 1987 to 1989 I was Director of Political Training at the Department of State's Foreign Service Institute. Since retirement, I maintain contact with a number of Department of State colleagues with whom I served.

2.      My academic credentials are as follows: I graduated in 1956 from The George Washington University with an A.B. International Affairs, and in 1959 I  received an A.M. in International Affairs from Radcliffe College. In 1974 I received a Ph.D. from Cornell University. In addition to serving as Department of State Diplomat-in-Residence and Visiting Scholar at the University of Arizona I have served on the staff of four institutions of higher learning in the United States and abroad, both before and since my retirement from the U. S. foreign service. I am the author of a number of professional articles and book reviews. A selected bibliography of my published works is submitted as an attachment along with my curriculum vitae.

1

Ex. 28

3.     I have met with Ms. Farris and reviewed her case and career file, for the case of Farris v. Rice, Case No. 05-1975 (RMU). My conclusion is that the plaintiff appears to be an exceptionally well-qualified senior foreign service officer with extensive management and leadership experience. During the course of my career I have had considerable experience with the State Department's personnel system. My assignment as Deputy Assistant Secretary of State for Personnel gave me a particular knowledge of assignment, grievance, and Equal Employment Opportunity issues as well as the operating "culture" of the Department.

4.     As such, I am fully qualified to explain that "cedes" are personnel actions where the Personnel Bureau waives the rank requirement on an advertised, or open, assignment — either because no officer of the required rank and eligibility to fill a given position has bid on the assignment, or under extraordinary circumstances, such as when a Senior Foreign Service Officer declares his or her lack of interest in said position and allows the Department, in contravention of standard operating policy, to accept a bid by an officer junior in rank.

5.     In my professional opinion, Ms. Farris was passed over in contradiction to the well-established internal policies of the State Department with regard to placing senior bidders. In my experience it has been extremely rare that a cede is granted for a junior officer to be assigned to a position for which a senior at-grade officer is bidding, and has not declared her lack of interest. With Ms Farris' bid for the USNATO position, she was at grade and did not consent to a cede, and therefore under standard Department policy a cede would not have been granted. Given Ms Farris' assertions in her pending case, the grant of a two-grade stretch assignment for a more junior officer to a senior foreign service officer position, when the junior officer at question would otherwise be out of the bidding zone and ineligible to bid due to his recent assignment, is on its face highly unusual.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON AUGUST 19, 2008 IN WASHINGTON, D.C.

_Barbara S. Harvey_
BARBARA S. HARVEY

2

Curriculum Vitae
# BARBARA SILLARS HARVEY
**4577 Indian Rock Terrace, NW**
**Washington, DC 20007-2575**
bsharveydc@comcast.net
**Tel & Fax: (202) 338-2305**

## Employment:

| | |
|---|---|
| 2001 - 2002 | Adjunct Associate Professor of Asian Studies, Georgetown University. |
| 2000 - 2003 | Visiting Lecturer, Foreign Service Institute, Department of State. |
| 2000 - 2000 | Interim Indonesian Analyst, Bureau of Intelligence and Research, Department of State. |
| 1997 - 1999 | Diplomat-in-Residence/Visiting Scholar, University of Arizona. |
| 1993 - 1997 | Deputy Chief of Mission, U.S. Embassy - Jakarta. |
| 1991 - 1993 | Deputy Assistant Secretary of State for Personnel (Examination, Recruiting, Assignments and Reinstatments), Department of State. |
| 1989 - 1991 | Assistant Director, Office of Indonesia, Malaysia, Brunei, and Singapore Affairs. |
| 1987 - 1989 | Director, Political Training, Foreign Service Institute, Department of State. |
| 1984 - 1987 | Principal Officer, U. S. Consulate - Surabaya, Indonesia. |
| 1982 - 1984 | Desk Officer for North Korea - Bureau of East Asian and Pacific Affairs. |
| 1980 - 1982 | Desk Officer for Vietnam - Bureau of East Asian and Pacific Affairs. |
| 1978 - 1980 | Political Officer, U. S. Embassy - Singapore. |
| 1974 - 1977 | Lecturer in Politics, Monash University. Melbourne, Australia. |
| 1965 - 1968 | Assistant Cultural Affairs Officer - Exchanges (USIS),  U. S. Embassy - Seoul. |
| 1961 - 1964 | Public Affairs Assistant, U. S. Consulate - Surabaya, Indonesia. |
| 1959 - 1960 | Public Affairs Trainee United States Information Service (USIS), U. S. Embassy - Seoul. |
| 1955 - 1959 | Clerical Staff, United States Information Service, Washington, DC. |
| 1953 - 1954 | Secretary to the Director of Women's Activities, The George Washington University. |

## Awards:

1995 Department of State Superior Honor Award
1994 Department of State, Performance Pay
1989 Department of State, Meritorious Step Increase
1989 Department of State, Meritorious Honor Award (Group)
1984 Department of State, Meritorious Honor Award
1955 Phi Beta Kappa, Pi Gamma Mu, Mortar Board (President),
1955 Who's Who Among Students in American Colleges and Universities
1952 Alpha Lambda Delta

## Education:

• Cornell University - Ph.D., Government, 1974
• Radcliffe College - A.M., International Affairs, 1959
• The George Washington University - A.B. International Affairs, 1956
• DePauw University, 1951-1952

## Modern Languages:

Indonesian (fluent), French (reading), Dutch (minimal reading), and Korean (minimal speaking)

## Publications:

Harvey, Barbara S., *The Future of Indonesia as a Unitary State: Separatism and Decentralization*; Alexandria, VA: Center for Strategic Studies, CNA Corporation, 2002.

Harvey, Barbara S., "Nation Formation: The Indonesian and American Experience," in *Jurnal Studi Amerika,* Vol. III (Jan-Feb 1997); Jakarta: University of Indonesia, American Studies Center.

Harvey, Barbara S., "Diplomacy and Armed Struggle in the Indonesian National Revolution," in Daniel S. Lev and Ruth McVey, eds., *Making Indonesia;* Ithaca, NY: Southeast Asia Program, Cornell University, 1996, pp. 66-80.

- 2 -

Harvey, Barbara S., Indonesian translation of "Tradition, Islam and Rebellion: South Sulawesi 1950-1965" (PhD dissertation, Cornell University, 1974); Jakarta: Grafiti Pers. 1989.

Harvey, Barbara S., "South Sulawesi: Puppets and Patriots," in Audrey R. Kahin, ed., *Regional Dynamics of the Indonesian Revolution*, Honolulu: University of Hawaii Press, 1985, pp. 206-35.

Harvey, Barbara S., *Permesta: Half a Rebellion,* Ithaca, NY: Cornell Modern Indoensia Project, 1977; published in Indonesian translation by Grafiti Pers, Jakarta, 1984.

Harvey, Barbara S., "Indonesia: the Search for Stability, the Inevitability of Change," *Dyason House Papers,* Australian Institute of International Affairs, IV/2, October 1977.

Harvey, Barbara S., "Darul Islam in South Sulawesi: Hutan against Kota," *Majalah Universitas Hasanuddin*, Ujung Pandang, Indonesia, January-February 1977, pp. 10-26.

**Book Reviews:**

Harvey, Barbara S., "One Soul, One Struggle," by Anton Lucas; *The Journal of Asian Studies,* Vol. 81, No. 3 (August 1992), pp. 712-14.

Harvey, Barbara S., "Visions and Heat: the Making of the Indonesian Revolution," by William H. Frederick; *Indonesia*, No. 48 (October 1989), pp. 97-100.

# EXHIBIT 29

Subj:    **Update?**
Date:    Wednesday, November 17, 1999 05:23:56
From:    VLooFarris
To:      jwhitlock@state.gov

Jim:

I learned from my Public Diplomacy colleagues in EUR that the incumbent in the PAC USNATO job has asked to extend (or should I say withdrawn curtailment). As a result that prospect seems to have disappeared after being told that I was being favorably considered for that position. Could you provide me with some assessment of where I stand in my remaining bids? Am I on the short list for any of the bids? Should I continue to maintain bids even if I am not on the short list on the off chance that my direct contacts with the Ambassador or by others on my behalf with the Ambassador may cause him/her to consider my bid? I realize that the DCM/PO jobs are paneled first and others follow so that individuals are constantly revising bids. What is less clear is when I will definitely know that I am out of the running for a position.

For example, I noticed that a Tokyo Labor Officer position which had been advertised in the September listing as 330801/12544000 is not listed in the October 22 listing. It is a position that I considered but not in my top 15. However should other bids drop off, I may well want to add it. Is the fact that it doesn't appear in the October listing mean it has been filled or is this an oversight. Conversely, I notice that the The Hague AF Polad position (325601/10789111) is still in the October listing despite the fact that someone in RPM said the deadline for submitting bids to NATO passed the end of September and no further bids were being taken.

I'd welcome your further elucidations into how the bidding process works and how best to play my hand. Many thanks for your help.

Virginia Farris

Ex. 29

4/30/2004

# EXHIBIT 30

In a message [JCW Nov 18 fax] dated 11/19/99 7:34:18 AM, Whitlock writes:

> To my knowledge the Hague Polad position is still there. For whatever reason, no bids have registered on it. i will be happy to enter yours if you wnat.  The (Belgium PolAd) also shows no bids. I think it is under NATO. Both jobs will eventually be filled but the PolAd will be hand-picked by the resident general. I will see what I can find out about these 2 jobs.
>
> As a general principle, best way is to go after something where you have a background that makes you competitive and then lobby with the powers that control it (usually executive officer in the Dept and relevant DAS), if you are not well known in the bureau, it is useful to have someone senior (Amb, DCM) make a call on your behalf. At senior level this direct approach is how it works.

4/30/2004

Ex 30

# EXHIBIT 31

| Subj: | **More Bids** |
| --- | --- |
| Date: | Friday, November 19, 1999 23:39:54 |
| From: | VLooFarris |
| To: | whitlockjc@state.gov |

Jim - Thanks for your fax giving me copies of the emails you sent. You are correct that I had not received them as the State unclassified email system often freezes.

I appreciate your candid assessments on the bids I have already submitted. You mentioned that I am not on the short list for several of my high priority bids and that the prospects for success in bidding on EUR DCM positions are not very good as having the European experience is considered a major factor. Likewise bids on functional jobs at the senior level tend to go to officers in those cones. I had hoped that the USCINCPAC and National War College experience would make me competitive for USNATO jobs but you seem to indicate that this is not necessarily the case.

Since a slam dunk assignment hardly seems likely we may be in for a continuing exchange as various situations develop. It may seem to you that I'm only bidding on "holiday destinations." I'd like to dispell that impression as I am not "cherry picking," at least not in the manner you might think. While it is important for each of us to find a position where we can both contribute and advance, before I submit a bid it is paramount I also consider the likelihood of getting the necessary medical clearances for my entire family. In reality the number of PAO jobs (my functional speciality) are limited and located in countries where it's unlikely my family members could receive medical clearance.

So, while I am not ignoring the wisdom of your advice, the situation compels me to continue to look at locations where it is more likely clearances would be forthcoming. In turn the situation leads me to look at what might be considered a disproportionate number of DCM/PO positions or positions in other functional cones. I am attempting to follow your advice on having someone senior intercede with a recommendation to the relevant DAS' before I remove more of my bids from consideration.

Jim, you were most kind in offering to check on the Belgian and The Hague POLAD positions. Could I ask you to likewise to flesh out the Stuttgart POLAD position (Stuttgart/324045/POLAD/91433001/Chaveas), as to duties? I gather that it's based at USEUCOM. Assuming that it's within reach and given the state of play mentioned in your emails of Nov 17 and 18, and the past changes I've made, I'll enter the following bids:

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Belgium-M | POLAD | Vacant | 321245/10001000 | 0400 | High |
| NATO-IS | Pol Ofcr | McConnell | 505230/41027000 | 0600 | High |
| Paris | Pol Ofcr | Parmly | 323601/ 10017002 | 0800 | High |
| Stuttgart | POLAD | Chaveas | 324045/91433001 | 0800 | High |

4/30/2004



| The Hague | AF | POLAD | Vacant | 325601/10789111 | | 0900 | High |
|---|---|---|---|---|---|---|---|
| USEC, Brussels | | Pol Ofcr | Becker | 321023/10166000 | 0600 | High | |

That means my updated bid list is would look like this:
&START/BB/575500283/FARRIS/VIRGINIA/L;
&1/AIT TAIPEI/330230/DPO/77001000/YOUNG/0801/H;
&2/ROME/325067/DEP US REP/00554000/TRACY/0800/H;
&3/BRUSSELS N/321213/DPTY CHF M/00029001/MCELHANEY/0800/H;
&4/GENEVA/327667/DEP US REP/00014003/ARIETTI/0700/H;
&5/BRUSSELS/321201/DPTY CHF M/00005002/CHESHES/0700/H;
&6/BERN/327601/DPTY CHF M/00001075/BELL/0900/H;
&7/BELGIUM-M/321245/POLAD/10001000/VACANT/0400/H;
&8/BRUSSELS N/321213/POL OFCR/16030000/HARRIS/H;
&9/ATHENS/321801/PUBLIC AFF/60888059/JACQUETTE/0801/H;
&10/LONDON/323201/POL OFCR/10282000/JOHNSON/0800/H;
&11/NATO-IS/505230/POL OFCR/41027000/MCCONNELL/0600/H;
&12/PARIS/323601/POL OFCR/10017002/PARMLY/0800/H;
&13/STUTTGART/324045/POLAD/91433001/CHAVEAS/0800/H;
&14/THE HAGUE/325601/AF POLAD/10789111/VACANT/0900/H;
&15/BRUSSELS-U/321023/POL OFCR/10166000/BECKER/0600/H;
&STOP/BB/999999999/23/NOV

What is not clear to me is once the short lists are compiled and were I not to be on a list would my name be formally removed from the appropriate bid book? Or having been so notified that I'm not on the short list, am I simply allowed to enter additional bids? The other position in EUR which is interesting, but on which I have little information is Paris-OECD/323614/IECON/ 20226000/Dolan. Can you obtain any information on that position? Can you also confirm that the language requirement for PAO Rabat position listed below is either French or Arabic and not both? Subject to availability of the positions on which I've made inquiries as soon as it's permissible I'll also enter bids on the following:

| Paris-OECD | IECON, | Dolan | 323614/20226000 | 0800 | High | |
|---|---|---|---|---|---|---|
| Manila | Econ Ofcr | Breese | 331401/20028000 | 0800, | High | |
| Brasilia | PAO | Gullicksen | 310601/60149001 | 0700 | Med | |
| Berlin | PAO | Arnett | 324001/60888085 | 0700 | Med | |
| Rabat | PAO | McCreery | 345601/60295000 | 0702 | Med | |

Is it be too late to enter bids on CG Shanghai or Capetown? I'll use the information you provide, along with your earlier advice, to try and craft a more effective strategy. Also since the unclassified State e-mail system is down so often if you have the capability to respond to <<VLooFarris@aol.com>> your mail will reach me much faster.

Many thanks,
   Virginia

4/30/2004

# EXHIBIT 32

In a message dated 11/21/99 1:11:44 PM, WhitlockJC@state.gov writes:

Dear Virginia,

I am told that short lists have already gone forward to the commanding generals on the Hague and Belgium (Mons) POLAD jobs. With the support of the general, Chaveas is asking to extend for one year in Stuttgart. With regard to the senior functional jobs (POL and ECON), these will presumably go to officers out of those cones. I will enter your bids, however. You are correct that the Rabat job is French or Arabic, not both. The DCM Committee has already selected an officer for Capetown but postponed until early December a decision on Shanghai. That job will require a 3/3 in Chinese.

In answer to your question about the short list, only the short list is sent to the relevant ambassador/general, etc. The only way that someone not on the short list can be considered is for the ambassador/general to give reasons for rejecting all of the candidates and then the process begins anew. So you can remove your bids if you are not on the short list and then bid anew if, as rarely happens, the drawing board is rolled out again.

Let me know what bids you want to delete (e.g., the three POLAD jobs appear to be no longer viable) and what you want to add.

As before, I am using the "reply" function this should go to you at aol.com. But since that doesn't seem to work, I will also fax this message.

Warm regards, Jim

Ex 32

4/30/2004

# EXHIBIT 33

In a message dated 12/23/99 6:39:19 AM, WhitlockJC@state.gov writes:

Ginny,

The hard-to-fill and bid count cables are inherently unreliable and should not be read in isolation from the open assignments cable. For these cables, the data are taken off the computer, without human intervention, and the cables are no better that the computer data (garbage in, garbage out).

The open assignments cable, on the other hand, is assembled with some care and generally reflects accurately what is yet unassigned. By looking at the open assignments cable, you will see there is no senior job at NATO occupied by Harris. There is one occupied by Becker where your bid shows, one of 14 bidders (eight seniors, the seven other than you are political officers).

Regarding the POLAD jobs, only The Hague shows on the open assignments list and Pat Moon tells me the selection has been made. It is not yet been paneled, however, and thus still shows on the open assignments list. Pat also confirmed that the list for applicants for the POLAD jobs closed in September.

To be realistic, the POLAD jobs in EUR will go to officers with an extensive EUR background and usually only then if they have RPM-type experience. People move into these areas early in the career and often specialize in them. Movement from one cone to another at the senior level is not easy.

Have a good Christmas and New Year, Jim

I sent you an e-mail, which evidently did not reach you (the internet is not reliable) but which said that the decision on the Taipei job has been put off until next year.

> -----Original Message-----
> From: VLooFarris@aol.com [SMTP:VLooFarris@aol.com]
> Sent: Wednesday, December 22, 1999 5:04 PM
> To: WhitlockJC@state.gov
> Subject: Re: Hard to fill cable

Jim - Thanks for the call yesterday and the updated listings of Summer 2000 openings. However your Hard to Fill cable was surprising and confusing to me as several of the positions on which I had entered High Priority bids or was told the short lists with other candidates had already gone forward are now listed as hard to fill vacancies. I'm referring in particular to the following 3 positions:

Brussels Political (Harris) 321213/16030000 - FE-MC
Belgium (M) Polad (vacant) 321245/10001000 - FE-MC
The Hague AF Polad (vacant) 325601/1078911 - FE-OC

I had entered bids for the Brussels Political and The Hague AF Polad but withdrew the bid on the latter when

4/30/2004

Ex 33

Patrick Moon in EUR/RPM said they had had a very short deadline and that the list had already gone forward in late September. Likewise I believe I spoke with him concerning the Belgium (M) Polad position and he said the list had already been drawn up and I wasn't on it. So are these positions still available despite what Moon said? I am interested in these positions as I think my background at USCINCPAC and at the National War College would be very germane. I know you think that my not being in the Political cone is a major handicap, nonetheless I would like to register my bids for the 2 Polad jobs listed above.

My bid for the Brussels Political Officer is already in (sent in November 10 email to you). In looking at that position in the bid count cable of Nov 23 (State 222212), which lists total bids as 2, with none at grade and 2 in skill code, am I to assume that my bid is one of the two listed (even if I'm not in skill code) or did the system not register my bid in the overall tally?

As we discussed last night I would be very interested in any word on the status of the DPO-AIT Taipei job. As always I look forward to hearing from you, but I did also want to wish you Happy Holidays.

Ginny
</XMP>

--------------------- Headers -----------------------------
Return-Path: <WhitlockJC@state.gov>
Received: from rly-yb04.mx.aol.com (rly-yb04.mail.aol.com [172.18.146.4]) by air-yb05.mail.aol.com (v67.7) with ESMTP; Thu, 23 Dec 1999 11:39:18 -0500
Received: from cambridge1-smrly2.gtei.net (cambridge1-smrly2.net [199.94.215.244]) by rly-yb04.mx.aol.com (v67.7) with ESMTP; Thu, 23 Dec 1999 11:38:58 -0500
Received: from marshall-a-hme0.state.gov (marshall.state.gov [198.76.102.24])
    by cambridge1-smrly2.gtei.net (Postfix) with SMTP id A624639F9
    for <VLooFarris@aol.com>; Thu, 23 Dec 1999 16:38:57 +0000 (GMT)
Received: from franklin.state.gov by marshall-a-hme0.state.gov
         via smtpd (for cambridge1-smrly2.gtei.net [199.94.215.244]) with SMTP; 23 Dec 1999 16:38:57 UT
Received: from mailscan.state.gov by franklin-a-qfe3.state.gov
         via smtpd (for [169.253.7.2]) with SMTP; 23 Dec 1999 16:38:57 UT
Received: by pubhost.state.gov; id LAA05614; Thu, 23 Dec 1999 11:32:13 -0500 (EST)
Received: by europe01.irm.state.gov with Internet Mail Service (5.5.2448.0)
    id <ZKZK4BFC>; Thu, 23 Dec 1999 11:44:33 -0500
Message-ID: <E5D8E52557F2D211896A0008C75DEB3FDAEBE0@persntse.net.state.gov>
From: "Whitlock, James C Jr." <WhitlockJC@state.gov>
To: "'VLooFarris@aol.com'" <VLooFarris@aol.com>
Subject: RE: Hard to fill cable
Date: Thu, 23 Dec 1999 11:35:25 -0500
MIME-Version: 1.0
X-Mailer: Internet Mail Service (5.5.2448.0)
Content-Type: text/plain

4/30/2004

# EXHIBIT 34



**United States Department of State**

*Washington, D.C.  20520*

May 23, 2005

SENSITIVE BUT UNCLASSIFIED
MEMORANDUM

TO:        HR - Gary Pergl

FROM:      EAP - Marie T. Huhtala

SUBJECT:   Jakarta PAO position


I have only recently been advised that HR is actively
considering assigning Virginia Farris to the Jakarta PAO
position (vice Silver) coming vacant in 2006, via language
training.  EAP does not concur in the assignment at this time.
We instead request that this position be advertised in the
regular FY06 cycle starting this fall.

This position was first advertised last year and attracted
several bidders.  However, by mid-April 2005 all those bidders
had been paneled to other positions.  At that point Ambassador
Pascoe decided it would be best to re-advertise the position for
the upcoming assignment season.  Neither the Bureau nor the post
was able to recruit an appropriate candidate at that time
because of the extraordinary demands made on us in the aftermath
of the December 26 earthquake and tsunami.  Our intensive work
in the Department (24-hour task force, daily interagency
meetings, identification of aid resources, trip preparations)
and at post (visits of Secretary Powell, Governor Jeb Bush,
DepSecDef Wolfowitz, former Presidents George H.W. Bush and Bill
Clinton, numerous CODELs, plus coordination of a major military
assistance effort) all precluded the proactive recruiting and
vetting of candidates we normally undertake for senior positions
in our embassies.

The Jakarta PAO position is of critical importance to EAP.
Indonesia is the world's largest Muslim-majority country, and we
have a large and varied PD program there.  Our first priority is
leveraging the generous U.S. tsunami response to improve public
attitudes toward the U.S. and gain new receptiveness to our
other messages.  The incumbent also coordinates closely with
USAID on another priority, the implementation of President

SENSITIVE BUT UNCLASSIFIED

FAR-DC- 0999

SENSITIVE BUT UNCLASSIFIED

Bush's 2003 Education Initiative for Indonesia, a multi-year program totaling 157 million USD.  Consequently, the PD office in Jakarta is responsible for one of the largest and most important public diplomacy portfolios in the East Asia and Pacific region.

As you know, Secretary Rice has placed great importance on improving public diplomacy in the new Administration, and Jakarta will be a key focus of that effort.  For that reason, we want to get the very best PAO for our team.  We will welcome and give careful consideration to bids from star performers from all Bureaus including, of course, Ms. Farris.  Given the importance of this job, we want to make a selection from a large pool of qualified applicants, all of whom will have applied for this job in light of its new, post-tsunami demands.  Rushing this assignment now would not do justice to the system or the needs of the post.

Finally, I would note that language training should not be a major problem, as the FSI Indonesia course normally runs about 5 months; a successful candidate who lacked Indonesian could start training in January or February if necessary.

Please let us know what further information you require.  Thanks in advance for your consideration.

SENSITIVE BUT UNCLASSIFIED

**FAR-DC- 1000**