UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VIRGINIA LOO FARRIS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 05-1975 (RMU) |
| ) | |
| CONDOLEEZA RICE, ) | |
| ) | |
| Defendant ) | |

## PLAINTIFF VIRGINIA LOO FARRIS' EXPERT DISCLOSURE

The Plaintiff Virginia Loo Farris ("Plaintiff" or "Loo Farris"), through counsel, affirms the expert disclosure made on August 22, 2008 as part of her summary judgment opposition. Barbara Harvey is an expert on State Department personnel matters. Her report and curriculum vitae including publications were attached as exhibits to the opposition, and are attached again hereto.

She has not testified in the last four years.

She has consulted with Ms. Farris informally and charged her $50 an hour in connection with her report.

Se would charge $250 an hour for deposition time.

Respectfully submitted,

VIRGINIA LOO FARRIS
By Counsel

/s/    George R.A. Doumar

1

George R.A. Doumar (D.C. Bar #415446)
George R. A. Doumar, PLLC
2000 N. 14th Street
Suite 210
Arlington, VA 22209
Phone: (703) 243-3737
Fax: (703) 524-7610

2

Case 1:05-cv-01975-RMU    Document 44    Filed 08/25/2008    Page 2 of 7

George R.A. Doumar (D.C. Bar #415446)
George R. A. Doumar, PLLC
2000 N. 14th Street
Suite 210
Arlington, VA 22209
Phone: (703) 243-3737
Fax: (703) 524-7610

## CERTIFICATE OF SERVICE

I hereby certify that on this 25nd day of August, 2008, a copy of the foregoing was served via ECF, on the following:

**Diane M. Sullivan**
UNITED STATES ATTORNEY'S OFFICE
555 4th Street, NW
Civil Division
Washington, DC 20530

                                        /s/  George Doumar

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VIRGINIA LOO FARRIS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 05-1975 (RMU) |
| ) | |
| CONDOLEEZA RICE, ) | |
| ) | |
| Defendant ) | |

## DECLARATION/EXPERT OPINION OF MINISTER COUNSELOR BARBARA S. HARVEY

I, Barbara S. Harvey, declare as follows, pursuant to 28 U.S.C. §1746:

I, Barbara S. Harvey, declare as follows, pursuant to 28 U.S.C. §1746:

1. During my more than 30-year career in the U. S. foreign service I attained the Class of Minister-Counselor, in 1997. From 1991 to 1993, I served as Deputy Assistant Secretary of State for Personnel (Examination and Recruitment, Assignments, Evaluation, and Retirement). From 1993 to 1997 I was Deputy Chief of Mission of the U.S. Embassy in Indonesia. Earlier, from 1984-1987, I had served as the Principal Officer of the U. S. Consulate in Surabaya, Indonesia, and from 1987 to 1989 I was Director of Political Training at the Department of State's Foreign Service Institute. Since retirement, I maintain contact with a number of Department of State colleagues with whom I served.

2. My academic credentials are as follows: I graduated in 1956 from The George Washington University with an A.B. International Affairs, and in 1959 I received an A.M. in International Affairs from Radcliffe College. In 1974 I received a Ph.D. from Cornell University. In addition to serving as Department of State Diplomat-in-Residence and Visiting Scholar at the University of Arizona I have served on the staff of four institutions of higher learning in the United States and abroad, both before and since my retirement from the U. S. foreign service. I am the author of a number of professional articles and book reviews. A selected bibliography of my published works is submitted as an attachment along with my curriculum vitae.

1

Ex. 28

3. I have met with Ms. Farris and reviewed her case and career file, for the case of Farris v. Rice, Case No. 05-1975 (RMU). My conclusion is that the plaintiff appears to be an exceptionally well-qualified senior foreign service officer with extensive management and leadership experience. During the course of my career I have had considerable experience with the State Department's personnel system. My assignment as Deputy Assistant Secretary of State for Personnel gave me a particular knowledge of assignment, grievance, and Equal Employment Opportunity issues as well as the operating "culture" of the Department.

4. As such, I am fully qualified to explain that "cedes" are personnel actions where the Personnel Bureau waives the rank requirement on an advertised, or open, assignment -- either because no officer of the required rank and eligibility to fill a given position has bid on the assignment, or under extraordinary circumstances, such as when a Senior Foreign Service Officer declares his or her lack of interest in said position and allows the Department, in contravention of standard operating policy, to accept a bid by an officer junior in rank.

5. In my professional opinion, Ms. Farris was passed over in contradiction to the well-established internal policies of the State Department with regard to placing senior bidders. In my experience it has been extremely rare that a cede is granted for a junior officer to be assigned to a position for which a senior at-grade officer is bidding, and has not declared her lack of interest. With Ms Farris' bid for the USNATO position, she was at grade and did not consent to a cede, and therefore under standard Department policy a cede would not have been granted. Given Ms Farris' assertions in her pending case, the grant of a two-grade stretch assignment for a more junior officer to a senior foreign service officer position, when the junior officer at question would otherwise be out of the bidding zone and ineligible to bid due to his recent assignment, is on its face highly unusual.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON AUGUST 19, 2008 IN WASHINGTON, D.C.

*Barbara S. Harvey*
BARBARA S. HARVEY

2

Curriculum Vitae
## BARBARA SILLARS HARVEY
4577 Indian Rock Terrace, NW
Washington, DC 20007-2575
bsharveydc@comcast.net
Tel & Fax: (202) 338-2305

### Employment:
| | |
|---|---|
| 2001 - 2002 | Adjunct Associate Professor of Asian Studies, Georgetown University. |
| 2000 - 2003 | Visiting Lecturer, Foreign Service Institute, Department of State. |
| 2000 - 2000 | Interim Indonesian Analyst, Bureau of Intelligence and Research, Department of State. |
| 1997 - 1999 | Diplomat-in-Residence/Visiting Scholar, University of Arizona. |
| 1993 - 1997 | Deputy Chief of Mission, U.S. Embassy - Jakarta. |
| 1991 - 1993 | Deputy Assistant Secretary of State for Personnel (Examination, Recruiting, Assignments and Reinstatments), Department of State. |
| 1989 - 1991 | Assistant Director, Office of Indonesia, Malaysia, Brunei, and Singapore Affairs. |
| 1987 - 1989 | Director, Political Training, Foreign Service Institute, Department of State. |
| 1984 - 1987 | Principal Officer, U. S. Consulate - Surabaya, Indonesia. |
| 1982 - 1984 | Desk Officer for North Korea - Bureau of East Asian and Pacific Affairs. |
| 1980 - 1982 | Desk Officer for Vietnam - Bureau of East Asian and Pacific Affairs. |
| 1978 - 1980 | Political Officer, U. S. Embassy - Singapore. |
| 1974 - 1977 | Lecturer in Politics, Monash University. Melbourne, Australia. |
| 1965 - 1968 | Assistant Cultural Affairs Officer - Exchanges (USIS), U. S. Embassy - Seoul. |
| 1961 - 1964 | Public Affairs Assistant, U. S. Consulate - Surabaya, Indonesia. |
| 1959 - 1960 | Public Affairs Trainee United States Information Service (USIS), U. S. Embassy - Seoul. |
| 1955 - 1959 | Clerical Staff, United States Information Service, Washington, DC. |
| 1953 - 1954 | Secretary to the Director of Women's Activities, The George Washington University. |

### Awards:
1995 Department of State Superior Honor Award
1994 Department of State, Performance Pay
1989 Department of State, Meritorious Step Increase
1989 Department of State, Meritorious Honor Award (Group)
1984 Department of State, Meritorious Honor Award
1955 Phi Beta Kappa, Pi Gamma Mu, Mortar Board (President),
1955 Who's Who Among Students in American Colleges and Universities
1952 Alpha Lambda Delta

### Education:
- Cornell University - Ph.D., Government, 1974
- Radcliffe College - A.M., International Affairs, 1959
- The George Washington University - A.B. International Affairs, 1956
- DePauw University, 1951-1952

### Modern Languages:
Indonesian (fluent), French (reading), Dutch (minimal reading), and Korean (minimal speaking)

### Publications:
Harvey, Barbara S., *The Future of Indonesia as a Unitary State: Separatism and Decentralization*; Alexandria, VA: Center for Strategic Studies, CNA Corporation, 2002.

Harvey, Barbara S., "Nation Formation: The Indonesian and American Experience," in *Jurnal Studi Amerika,* Vol. III (Jan-Feb 1997); Jakarta: University of Indonesia, American Studies Center.

Harvey, Barbara S., "Diplomacy and Armed Struggle in the Indonesian National Revolution," in Daniel S. Lev and Ruth McVey, eds., *Making Indonesia;* Ithaca, NY: Southeast Asia Program, Cornell University, 1996, pp. 66-80.

- 2 -

Harvey, Barbara S., Indonesian translation of "Tradition, Islam and Rebellion: South Sulawesi 1950-1965" (PhD dissertation, Cornell University, 1974); Jakarta: Grafiti Pers. 1989.

Harvey, Barbara S., "South Sulawesi: Puppets and Patriots," in Audrey R. Kahin, ed., *Regional Dynamics of the Indonesian Revolution*, Honolulu: University of Hawaii Press, 1985, pp. 206-35.

Harvey, Barbara S., *Permesta: Half a Rebellion*, Ithaca, NY: Cornell Modern Indoensia Project, 1977; published in Indonesian translation by Grafiti Pers, Jakarta, 1984.

Harvey, Barbara S., "Indonesia: the Search for Stability, the Inevitability of Change," *Dyason House Papers*, Australian Institute of International Affairs, IV/2, October 1977.

Harvey, Barbara S., "Darul Islam in South Sulawesi: Hutan against Kota," *Majalah Universitas Hasanuddin*, Ujung Pandang, Indonesia, January-February 1977, pp. 10-26.

**Book Reviews:**

Harvey, Barbara S., "One Soul, One Struggle," by Anton Lucas; *The Journal of Asian Studies*, Vol. 81, No. 3 (August 1992), pp. 712-14.

Harvey, Barbara S., "Visions and Heat: the Making of the Indonesian Revolution," by William H. Frederick; *Indonesia*, No. 48 (October 1989), pp. 97-100.