UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA LOO FARRIS, | ) |
| Plaintiff | ) |
| v. | ) Case No. 05-1975 (RMU) |
| CONDOLEEZA RICE, | ) |
| Defendant | ) |

**PLAINTIFF VIRGINIA LOO FARRIS' SUPPLEMENT TO EXHIBITS TO RENEWED MOTION FOR SUMMARY JUDGMENT**

The Plaintiff Virginia Loo Farris ("Plaintiff" or "Loo Farris"), through counsel, hereby files this supplement to her exhibits to her Opposition to Renewed Motion for Summary Judgment.

The supplement attached as Exhibit 38 excerpts from draft regulations as to "fair share" policies, specifically FAR-743, 746, 751, and 752, referenced on pages 6 and 28 of Plaintiff's Opposition to Renewed Motion.

Respectfully submitted,

VIRGINIA LOO FARRIS
By Counsel


/s/   George Doumar
George R.A. Doumar (D.C. Bar #415446)
George R. A. Doumar, PLLC
2000 N. 14th Street

1

- Suite 210
  Arlington, VA  22209
  Phone: (703) 243-3737
  Fax: (703) 524-7610

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 25nd day of August, 2008, a copy of the foregoing was served via ECF, on the following:

**Diane M. Sullivan**
UNITED STATES ATTORNEY'S OFFICE
555 4th Street, NW
Civil Division
Washington, DC 20530

/s/ George Doumar

# EXHIBIT 38

7

## C. Your Role in the Assignment Process

The Department is committed to making the open assignments system work as smoothly as possible, consistent with the requirements of fairness and discipline. To achieve that goal, bidders must also take an active role in the process.

All employees eligible for transfer in summer 2000 (May 1 through October 31, 2000) must submit bid lists by October 1, 1999. Employees with summer 2000 TEDs may bid on any advertised position. These bids (up to a maximum of 15) must be marked as "High," "Medium," or "Low" preference. You should also use the bidding narrative to communicate your priorities, particularly among the six core bids. **You may be paneled and assigned to any position on your bid list without further consultation.**

Please direct all correspondence to your CDO or personnel technician by name (rather than just CDA or CDA/EL, ML, SL or ASD). Include your name, social security number, personal grade and primary skill code, current post and onward post of assignment (if pertinent). If you are not on unclassified e-mail, please provide a telephone and fax number; if you are overseas, your home phone number is often useful. This information will enable CDA to provide a timely response.

### 1. Developing Your Bid List.

Developing and maintaining a bid list requires close attention to basic bidding rules, procedures, and the tools available to assist you. Your entire bid list may be invalidated by your CDO if it does not comply with the core bid and fair share requirements.

    **a. Core Bids.** If you are due for reassignment in summer 2000, six bids must be on positions that are at your grade and in-cone. For these bids to count as "core," you must already have the required language proficiency or, in the case of certain out-year world languages (see subsection d below) or any hard language vacancies, the time to get the language. Long-term training other than language and details may not be counted among the core bids. No more than three core bids may be in one bureau or its posts or in the same geographic area (e.g., an IO job in Geneva is counted as an EUR and an IO bid). If all bids are on domestic positions, no more than three may be in one bureau. There are further requirements if you have been identified as a fair share bidder (see p. 10).

**Generalist Core Bids:** IROG jobs may be included as in-cone bids. Not all jobs advertised in the Interfunctional Section of the open assignments cables are IROG. For example, a Pol/Econ job may be advertised in the interfunctional section of the cable but is in-cone and can be considered a core bid only for political and economic officers, not administrative or consular officers. Senior officers may include up to three bids on senior DCM or Principal Officer (PO) positions in their core bids. FE-OC officers must include four bids at the OC level. FS-1 generalists may include two FS-1 DCM, DCM/SEP or PO bids as core bids. FS-2 generalists may include one FS-2 DCM, DCM/SEP or PO bid as a core bid. All junior officer positions are considered at-grade for untenured junior officers. FO-O3 positions are considered at-grade for tenured FO-O4 generalists.

Should an employee refuse to accept an assignment after having been subjected to "identification" or "designation" under Sections I F 10 or I F 11, appropriate disciplinary action would be pursued. (See 3 FAM and Section 610 of the Foreign Service Act of 1980.)

   3. **Networking.** Employees should be aware of the significant role that posts and regional and functional bureaus play in the selection of candidates for mid-level and senior vacancies. It has become increasingly useful (in some cases essential) to make yourself known to your prospective supervisors when pursuing an onward assignment. While there are no hard and fast rules about whom you or your intermediaries should approach, at a minimum you should contact the incumbent and direct supervisor.

For additional suggestions, contact your CDO who may refer you to the relevant CDA Assignments Officer (AO).

## D. Special Bidding Requirements and Guidance

To address a variety of special circumstances, CDA has developed a number of requirements.

   1. **Fair Share Assignments.** All Foreign Service employees should expect to be available for their share of hardship assignments. You are a fair share bidder if you have not served at least 18 months in a differential post during the eight years prior to your upcoming transfer. For the 2000 cycle, fair share bidders must submit at least two bids on at-grade and in-cone or interfunctional 2000 summer cycle jobs at differential posts among their six core bids. Exceptions are made for a) officers overseas who bid only Washington jobs and b) officers assigned to Washington, who have sufficient time remaining before they reach the six-year limit on domestic service and who bid only domestic assignments. Fair share bids must meet your normal core requirements. They must be for positions at your grade, either in cone/specialty or IROG, for which you already have the language if the position is language-designated or sufficient time to obtain the language before arriving at post. (Certain bids on DCM, DCM/SEP, or PO jobs at differential posts may count as fair share bids. See Section C, 1.a. above.) To determine whether a post has a differential, consult the Bidding Tool, which may be found in post personnel/administrative offices and bureau Executive Offices. Fair share bidders (or accompanying EFMs) with limited medical clearances should consult their CDO well before the bid deadline to identify appropriate fair share bids. CDOs will consult with MED as needed. Bid messages which do not include fair share bids, if they are required, will be rejected.

   **Fair Share bidders are eligible to be paneled into differential positions in the "early season" (see the timeline).**

   2. **Tandem Couples.** If you are part of a tandem couple, include a special line in the automated portion of your bid message as noted in the bid instructions. (See sample format in Appendix E of this message.) In addition, tandem members should include a final narrative paragraph providing information to assist in the assignment process. Each member should indicate his/her spouse's employing agency, skill code, present post of assignment (or if on LWOP), transfer eligibility date, and **name of spouse's career counselor.** Tandem members who wish to be assigned together should submit coordinated bid lists while continuing to meet

-- For Watch Officer positions (S/S-O, NRRC, etc.), one position is viewed the same as another as long as the grade and skill code are the same. That means a bid on one is a bid on all.

-- All of your bids will be accepted and considered provided they meet the core and fair share criteria. Other positions in line with your skills, rank, qualifications, and expressed general preferences may be suggested to you by your CDO.

-- Employees being proposed for assignment to designated countries, a.k.a. critical threat posts (see your RSO or EX office for a list), are vetted by DS prior to assignment (see Section IV-D-3).

-- Summer cycle officers who are unassigned as of February 16, 2000, and who did not comply with bidding rules, may be placed by CDA in accordance with service need, whether or not they have bid on the position to which they will be assigned.

   **4. Early Season.** Assignments to DCM, Principal Officer, and Office Director positions, SEP posts, all 24-hour Watch positions, and some seventh floor "key" positions will begin October 27, 1999. In addition, assignments to certain specialties, such as security and medical positions requiring training prior to assignment abroad, may be made during the early assignments season in advance of December. It is important that these specialists ensure that their bid lists are received in CDA by the October 14th deadline.

   **5. Special Embassy Program (SEP) Assignments.** Department concern for the needs of SEP posts will be demonstrated in this assignment cycle through several mechanisms. First, SEP vacancies will be addressed in the early assignment season, along with other high-priority positions. Second, SEP vacancies receiving two or fewer bids at grade and cone by the October 1, 1999 bid deadline may be filled by qualified stretch candidates. Third, CDA will consider cross-conal assignments when warranted. Finally, identifications may be employed early in the cycle as needed to ensure that SEP posts are adequately staffed. (Posts designated as SEP are listed in Appendix F, pg. 30.)

   **6. DCM/SEP.** Almost all SEP embassies have DCMs, and experience in these positions will count toward multifunctionality. DCMs at most SEP embassies will also be expected to perform other functional duties. Interested bidders should contact regional bureaus and their CDOs to learn more about specific positions.

Special assignment procedures apply for DCM/SEP positions. Although preference is given to qualified at-grade bidders, **stretches** into DCM/SEP positions will be permitted at any point in the assignment cycle. DCM/SEP assignments go through the DCM/SEP Committee. CDA and the regional bureau (in consultation with the Ambassador) recommend a candidate to the Director General from a short list of qualified candidates. The DG's decision is final.

   **7. Hard-to-Fill Positions.** CDA will continue the Hard-to-Fill (HTF) exercise to assist bureaus in filling certain underbid overseas differential and domestic bureau positions. Bureaus may request to designate as HTF any position receiving only zero, one, or two bids at-grade and in-cone as of December 21, 1999. This date will allow for some follow-up bids to be submitted after DCM, Principal Officer, Office Director, SEP, and key positions have been filled in the

16

early season. The **key incentives** in the program are: (1) favorable consideration for a **one-year waiver of the six year rule** for employees wishing to spend a seventh year (or a two-year tour involving a sixth and seventh year) in one of these positions in the Department; and (2) a more liberal approach toward **early stretches** and cross-conal assignments to fill these vacancies. Officers are reminded that service in a functional bureau or a cross-conal assignment can be a factor in qualifying for the multifunctional skill code and eventual competition for multifunctional promotion in addition to in-cone promotion. You should contact your CDO for further information.

Under procedures separate from the open assignments process, **Civil Service** employees may compete for positions designated by the bureaus as HTF starting April 6, 2000. They may also compete for all unfilled overseas positions at the FO-01 level and below (excluding junior officer positions) after May 31, 2000.

    **8. Shoot-outs.** If at an assignments panel two or more bureaus are competing for one officer, or if there is more than one candidate proposed for a single position, a **shoot-out** occurs. In such a case, the requirements of the positions and bureau preferences, if any, are presented to the panel by the relevant Assignments Officer, while the desires, career development concerns, and qualifications (including discussion of strengths and weaknesses) of each candidate are presented by the employee's CDO. When it appears that a shoot-out will be on the agenda, CDOs contact their affected clients to discuss the proposed panel item. Employees who are being considered for shoot-out decisions may want to prepare talking points for their CDO. Such talking points are always helpful, and CDOs may use some or all of them as part of their presentation at panel.

    **9. Holds.** Any assignment proposal may be delayed ("held") for a maximum of two weeks by any panel member or combination of members. Holds may, for example, be used by bureaus intending to compete for an employee proposed to another bureau, and by CDOs intending to propose an alternative candidate to the one put forward by a bureau. Additionally, a CDO may sometimes hold a proposal in the interest of locating a more suitable assignment for the employee concerned, and a bureau may place a hold if it wants time to seek an alternative candidate to one that is being put forward by a CDO. Holding an assignment beyond two weeks is permitted only when the panel chairman determines that exceptional circumstances exist.

    **10. Identifications.** Identifications for service need may take place at any time during the assignments cycle. Your CDO will notify you if the Department's need for timely staffing is likely to result in your being considered for assignment by identification to a specific advertised vacancy on which you have not bid. The panel, in deciding whether to make such an assignment, will take into account such factors as service need, career development, viable alternative bids, and any relevant personal circumstances of the individual concerned. If the panel makes an identification assignment, you will be notified. You may, within ten working days of acknowledged receipt of notification, appeal the panel's decision to the Director General. The Director General may remand the issue to the assignment panel in light of new information.

    **11. Designations.** Service need is one of the principal criteria in the assignments process. Thus, after a suitable period in the cycle has elapsed, eligible qualified personnel who have not expressed interest in particular positions may be proposed for assignment by designation. **All bidders who did not comply with the bidding rules may be considered for**