IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
VIRGINIA LOO FARRIS                )
                                   )
         Plaintiff,                )
                                   )
    v.                             )   Civil Action No. 05-1975(RMU)
                                   )
CONDOLEEZZA RICE                   )
Secretary of State                 )
Department of State                )
                                   )
         Defendant.                )
_____)

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME AND TO REOPEN DISCOVERY**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to file a reply and to reopen discovery for the purpose of taking the deposition of plaintiff's "expert" witness identified with her opposition to defendant's motion for summary judgment.

Defendant's reply is presently due September 23, 2008. This is defendant's first motion for an enlargement of time for filing the reply. Attached to plaintiff's opposition to defendant's motion for summary judgment was an "expert" report pertaining to liability. Although defense counsel readily agreed to extend the time to identify an expert, consent was clearly premised on the representation that the expert was an economist which would not affect briefing on the issue of a liability. Rather than move to strike plaintiff's "expert" and her report, defense counsel seeks to reopen discovery to take the deposition of plaintiff's newly

identified expert and to identify a defense expert within 20 days thereafter if necessary.

Counsel for defendant contacted plaintiff's counsel who was in trial last week and will be in two out of town trials in September.  Plaintiff's counsel consents to this motion.  The witness will be on travel during much of October.  The parties have agreed to taken her deposition on either October 24th, 29th or 30th, 2008.

Wherefore, it is respectfully requested that discovery be reopened to take the deposition of plaintiff's newly identified expert, that defendant be permitted to identify an expert within 20 days thereafter, and that defendant's reply be extended for 20 days thereafter.  An Order consistent with this motion is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar#434122
Assistant United States Attorney

/s/
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 4TH St., N.W.,
Civil Division
Washington, D.C.  20530
(202) 514-7205