```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

_____
                                    )
VIRGINIA LOO FARRIS                 )
                                    )
            Plaintiff,              )
                                    )
    v.                              )      Civil Action No. 05-1975(RMU)
                                    )
CONDOLEEZZA RICE                    )
Secretary of State                  )
Department of State                 )
                                    )
            Defendant.              )
_____)

## **ORDER**

UPON CONSIDERATION OF the consent motion to reopen discovery and for an extension of time to file a reply brief, it is this _____ day of September, 2008 hereby

ORDERED, that defendant's motion to reopen discovery for the limited purpose of deposing plaintiff's expert is GRANTED and further

ORDERED, that defendant may identify an expert no later than 20 days after the deposition of plaintiff's expert and further

ORDERED, that defendant's reply is due no later than December 15, 2008.

```
                                    _____
                                    UNITED STATES DISTRICT JUDGE
```

Copies to:

Counsel via ECF